IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> *Plaintiffs–Petitioners*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants–Respondents*. | Case No: 25-cv-00418 |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, undersigned counsel of record, hereby certify that to the best of my knowledge and belief, that the Plaintiffs Americans for Immigrant Justice, American Gateways, Las Americas Immigrant Advocacy Center, and Refugee and Immigrant Center for Education and Legal Services are nonprofit, non-stock corporations. There are no parent corporations and no publicly-held corporations which own any stock in the organizations. These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: February 12, 2025

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs–Petitioners*