## DECLARATION OF YAJAIRA DEL CARMEN CASTILLO RIVERA

I, Yajaira Del Carmen Castillo Rivera, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Yajaira Del Carmen Castillo Rivera. I am the older sister of Luis Alberto Castillo Rivera. Luis is from Venezuela, is 29 years old, and arrived in the United States in January 2025. I am submitting this declaration because I believe my brother has been transferred to the military base on Guantánamo Bay, Cuba, and I have no idea what to do. The past week has been a nightmare. I do not know how to contact him or find out how he is doing.

3. Luis entered the United States around January 19, 2025. We talked regularly by phone before he entered the United States. But once he got to the United States, his phone was taken away. The last time I heard anything about him was on January 19, when he left a voice message saying that he was being investigated because of his tattoos.

4. My family and I heard nothing more about Luis until February 3 when he said he believed he would be released. At that time, he was detained at the El Paso Processing Center. But then on February 4 or 5, we saw photos online of Venezuelans being transferred from the United States to Guantanamo. I recognized him immediately by his face. He is my family and I would recognize him anywhere. I called my other brother and he and the rest of my family agreed that it was Luis in the photos.

5. I was so alarmed when I heard that my brother was on Guantanamo. It is unfair that he is being targeted by the U.S. government just because of his tattoos. They have nothing to do with gangs. He has an Air Jordan tattoo because he loves Michael Jordan. It is unfair that the U.S. government is claiming that people are part of the gang and using that to treat them badly.

6. I had received no information from the government about where my brother is or how to talk to him. I have no idea information at all. I have been crying everyday about this. All I want is for him to be returned to us.

7. I am so worried about Luis. He needs to have the help of a lawyer to get him out of his situation. I want my brother to have access to an attorney so that they can help him out of detention and out of Guantanamo. I understand that there are legal organizations in this case who would offer him services and I would like them to represent him if they are able to communicate with him. I believe that it would be in my brother's best interest to have this legal representation.

Executed on the __11__ day of February, 2025 at Bogota, Columbia.

_Yajaira Castillo,_
Yajaira Del Carmen Castillo Rivera

## CERTIFICATE OF TRANSLATION

I, Talia Roma, certify that I am fluent in both English and Spanish. On February 11, 2025, I personally spoke with Yajaira Del Carmen Castillo Rivera and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Castillo affirmed that she understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(415) 343-0770
troma@aclu.org