UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAS AMERICAS IMMIGRANT
ADVOCACY CENTER, et al.,

        Plaintiffs,

    v.

KRISTI NOEM,
Secretary of Homeland Security, et al.,

        Defendants.

Civil Action No. 25-0418

**MOTION TO SET BRIEFING SCHEDULE REGARDING
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully move the Court for an Order permitting Defendants six days to respond to Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 3, "Motion"). Plaintiffs' Complaint and Motion asks the Court to order Defendants to, among other items, permit attorney-client communications for three individuals they allege were transferred from the United States to Guantánamo. *See generally* Compl., ECF No. 1; Mot. at 27, ECF No. 3. Defendants respectfully request that the Court issue an order permitting Defendants to file their Opposition on Tuesday, February 18, 2025. Plaintiffs, through counsel, oppose this request. The grounds for this request are as follows.

In their Motion, Plaintiffs portray an emergency where there may be none. Plaintiffs did not identify the noncitizen individuals relevant to their claims—who do not appear to be clients of Plaintiffs' counsel—until filing the Motion and made no request related to counsel access until seeking immediate relief from the Court. This has prevented Defendants from having any opportunity to consider and potentially accommodate Plaintiffs' request. Defendants are

continuing to work in good faith to consider the counsel request made by the next friend Plaintiffs and assess the appropriate counsel access procedures for this facility.

This brief extension request is limited in duration, is made in good faith, and will not unduly delay the Court's resolution of this matter. Permitting Defendants six days to respond will allow the Court to benefit from more complete information and briefing on the issues presented in Plaintiffs' Motion.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court permit them through and including February 18, 2025, to respond to the Motion. A proposed order is enclosed herewith.

Dated: February 12, 2025
        Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: _____*/s/ Brian P. Hudak*_____
        BRIAN P. HUDAK
        Chief, Civil Division
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2549

*Attorneys for the United States of America*