UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 25-0418 |

**JOINT STATUS REPORT**

On February 12, 2025, the Court ordered counsel to confer and submit a Joint Status Report addressing the following issues: (1) a proposed briefing schedule for the motion seeking a temporary restraining order; (2) Plaintiffs' position on what, if any, irreparable harm will result if the timeframe proposed in Defendants' Motion for Scheduling Order, ECF No. 6, is adopted; (3) a statement addressing whether a hearing on the request for a temporary restraining order is necessary, and if so, a proposed date and time for such a hearing; and (4) a statement addressing whether the Parties anticipate factual disputes between affiants. The Court also invited the parties to address any other issues that they believe will be helpful to the Court and directed that any disagreements be noted in the Joint Status Report. The parties conferred by telephone and by email on February 13, and report as follows.

Proposed Briefing Schedule

The Parties propose the following schedule:

- Defendant's opposition brief will be filed by 12:00 pm E.T. on Thursday, February 20, 2025.

- Plaintiffs' reply will be filed by Monday, February 24, 2025.

Defendants will also provide scheduled, unmonitored telephone calls from Mr. Tilso Ramon Gomez Lugo, Mr. Yoiker David Seqera, and Mr. Luis Alberto Castillo Rivera to Plaintiffs' counsel prior to February 20, 2025.

Plaintiffs' Position on Irreparable Harm

Plaintiffs agree to the schedule proposed in Defendants' Motion for Scheduling Order for filing on February 18. 2025, ECF No. 6.

Statement on the Necessity of a Hearing

The parties defer to the Court on the need for a hearing on this matter. If a hearing is ordered, the parties propose that the Court set the hearing for the second day following the Court's deadline for Plaintiffs' reply brief. Counsel defer to the Court's schedule in setting a time for the hearing.

Statement on Factual Disputes

The parties are not prepared to identify factual disputes at this time. The parties will identify disputes in response and reply briefing.

Submitted FEBRUARY 13, 2025

BRETT A. SHUMATE
*Acting Assistant Attorney General*

SARAH S. WILSON
*Assistant Director*

/s/ *Nancy K. Canter*
NANCY K. CANTER
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7234

Email: nancy.k.canter@usdoj.gov

*Counsel for Defendants*

Eunice H. Cho (D.C. Bar No. 1708073
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

My Khanh Ngo*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960) Scott
Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.C. Bar No. NY0224)
Judy Rabinovitz*
Noor Zafar*
Omar C. Jadwat*
Wafa Junaid*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
wjunaid@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.D.C. Bar No.
454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

**Pro bono representation certificates
forthcoming*