AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al.<br>*Plaintiff*<br>v.<br>Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*<br>*Defendant* | )<br>)<br>)  Case No. 1:25-cv-00418<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs-Petitioners Las Americas Immigrant Advocacy Center, Refugee and Immigrant Center for Education and Legal Services, American Gateways, Americans for Immigrant Justice, Eucaris Carolina Gomez Lugo, Angela Carolina Sequera, and Yajaira del Carmen Castillo Rivera.

Date:    2/19/2025

/s/ Kimberly Grano
*Attorney's signature*

Kimberly Grano (D.D.C. Bar No. NY0512)
*Printed name and bar number*

One Battery Park Plaza, 33rd Floor
New York, NY 10004

*Address*

kgrano@refugeerights.org
*E-mail address*

(646) 946-7453
*Telephone number*

(516) 324-2267
*FAX number*