BRETT A. SHUMATE
*Principal Deputy Attorney General*
DREW ENSIGN
*Deputy Assistant Attorney General*
AUGUST FLENTJE
*Acting Director*
SARAH WILSON
*Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4700
Email: sarah.s.wilson@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 25-0418 |

**NOTICE REGARDING REMOVALS**

## NOTICE REGARDING REMOVALS

Shortly after the government submitted its opposition to Petitioners' motion seeking a temporary restraining order, the Department of Homeland Security removed the 178 immigration detainees who were detained at the Naval Station Guantanamo Bay (NSGB) from NSGB. *See* Declaration of Juan Agudelo, Acting Field Office Director, Immigration and Customs Enforcement, at ¶ 6. Most of the detainees were removed for repatriation to Venezuela. *Id*. The final immigration detainee was transferred from NSGB for removal in the near future. *Id.* As of the time of this filing, there are no immigration detainees being held at NSGB. *Id*. at ¶ 7. The procedures for accessing counsel described in the government's opposition briefing, Gov't Opp. at 6-7, remain in place and will be available to immigration detainees transferred to NSGB from the continental United States. Agudelo Declaration at ¶ 9.

The completion of the removal operation eliminates any need for temporary injunctive relief. In particular, Petitioners are not likely to suffer irreparable harm absent a temporary restraining order. The removal also underscores that immigration detention at NSGB is intended for temporary staging and not for indefinite detention, as Petitioners have suggested in their filings. *See* Gov't Opp. at 11 (citing Declaration of Juan Agudelo, ECF 14-1, at ¶ 6). For the reasons explained in the government's opposition briefing, the procedures in place for counsel access are reasonable and consistent with that purpose, and within the Secretary of Homeland Security's statutory detention authority, *see* 8 U.S.C. §§ 1231(a)(6); 1225(b)(1)(B)(iii)(IV). The Court should therefore deny the request for emergency relief and allow the case to proceed on a non-expedited basis.

Dated: February 20, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                          *Principal Deputy Assistant Attorney General*
                                          DREW ENSIGN
                                          *Deputy Assistant Attorney General*
                                          AUGUST FLENTJE
                                          *Acting Director*

                                    By: /s/ *Sarah Wilson*
                                          SARAH WILSON
                                          *Assistant Director*
                                          U.S. Department of Justice, Civil Division
                                          Office of Immigration Litigation
                                          P.O. Box 878, Ben Franklin Station
                                          Washington, DC 20044
                                          Tel: (202) 532-4700
                                          Email: sarah.s.wilson@usdoj.gov

                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that February 20, 2025, I electronically filed this notice with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Sarah Wilson*
    SARAH WILSON
    United States Department of Justice