UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM<br>Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 25-0418 |

**DECLARATION OF JUAN AGUDELO**

I, Juan Agudelo, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am employed by U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as the Deputy Field Office Director (DFOD) for Miami, Florida. I have held this position since October 23, 2022. From January 13, 2025, I began serving as the Acting Field Office Director ((A)FOD). As (A)FOD, I am responsible for the oversight of the ERO Miami Area of Responsibility (AOR). At the Miami Field Office, I manage ERO personnel and provide oversight of ICE operations in detention facilities. My responsibilities include overseeing ERO enforcement operations as well as detention facility operations within the Miami AOR.

2. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. I am aware that this litigation, *Las Americas Immigrant Advocacy Ctr. v. Noem*, 1:25-cv-00418 (D.D.C. filed Feb. 12, 2025), has been filed in the U.S. District Court for the District of Columbia.

4. On January 29, 2025, President Donald J. Trump signed a memorandum directing the

    Department of Defense and Department of Homeland Security to expand the Migrant Operations Center (MOC) at the U.S. Naval Station Guantanamo Bay (NSGB) in Guantanamo Bay, Cuba.

5. In a declaration filed earlier today, I advised there were 51 aliens housed at the MOC, and 127 aliens housed at Camp VI. These 178 aliens at NSGB were all natives and citizens of Venezuela and had final orders of removal, including several with expedited removal orders.

6. At or around 11:47 am and 12:00 noon on February 20, 2025 – following the execution of that declaration – two U.S. government-operated planes departed NSGB. All but one of the aliens at NSGB were removed for repatriation to Venezuela. The last alien was removed from NSGB and will be removed in the near future.

7. There are currently no immigration detainees at NSGB.

8. To protect officer and alien safety, and to safeguard Law Enforcement Sensitive and Law Enforcement Privileged information, aliens, family, counsel, and courts are generally not advised of removal operations prior to their execution.

9. The procedures for accessing counsel described in the government's opposition briefing remain in place and will be available to immigration detainees transferred to NSGB from the continental United States.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

    Executed this 25 day of February, 2025.

                                                    _____

                                                  Juan Agudelo  
                                                Acting Field Office Director  
                                                Enforcement and Removal Operations  
                                                U.S. Immigration and Customs Enforcement  
                                                U.S. Department of Homeland Security