IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*,<br><br>*Plaintiffs–Petitioners*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants–Respondents*. | Case No: 1:25-cv-00418 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF REMOVAL**

Late last night, February 20, 2025, the government filed a Notice advising the Court and Plaintiffs that very shortly after it filed its opposition to Plaintiff's Motion for Temporary Restraining Order (TRO), it removed all of the immigrant detainees from Guantánamo. *See* ECF No. 15. The government also stated that, in its view, a TRO seeking access to detainees was no longer necessary given that there are no detainees at Guantánamo now. The government's Notice did not state that it would cease sending other detainees to Guantánamo from the United States. *See* ECF Nos. 15, 15-1.

In light of the government's claim that a TRO is no longer necessary because the immigrant detainees have all been moved from Guantánamo, Plaintiffs contacted counsel for Defendants to ask whether the government would be willing to provide Plaintiffs with 72 hours' notice before sending any more detainees from the United States to Guantánamo. Plaintiffs' concern is that Defendants could otherwise send more detainees to Guantánamo today or at any time in the future after Plaintiffs withdrew their TRO request. Defendants have responded that at this time they cannot agree to provide any notice.

1

2

Accordingly, Plaintiffs will file their reply brief Monday, February 25, 2025, as scheduled, and will continue to seek a TRO. Plaintiffs, however, remain open to withdrawing their TRO request if the government would reconsider its refusal to provide a 72-hour notice period before transferring any more immigrant detainees from the United States to Guantánamo.

Dated: February 21, 2025

Eunice H. Cho (D.C. Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

My Khanh Ngo*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No. NY0224)
Judy Rabinovitz*
Noor Zafar*
Omar C. Jadwat*
Wafa Junaid*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
wjunaid@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.D.C. Bar No. 454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*Pro bono representation certificates forthcoming*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 21, 2025                                Respectfully Submitted,

*/s/ Lee Gelernt*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs–Petitioners*

2