## DECLARATION OF REBECCA LIGHTSEY, AMERICAN GATEWAYS

I, Rebecca Lightsey, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Rebecca Lightsey and I am currently the Co-Executive Director of American Gateways. I have worked at America Gateways since 2017 and have been in my current position since 2020. I have personal knowledge of the matters set forth herein, and I can and will testify thereto if called upon.

2. This declaration supplements the Declaration of Edna Yang filed on February 12, 2025 in this case.

3. On February 12, 2025, the New York Times published a list of 53 men who have been transferred from the U.S. to be detained at a prison building at the military base at Guantánamo Bay, Cuba. A copy of the article is attached as Exhibit A.

4. American Gateways staff reviewed that list and cross-checked it with our records to determine whether we have interacted in the past with any of the detainees. We identified two such individuals. Because we were unable to obtain signed confidentiality agreements from them before they were transferred to Guantánamo, I do not have consent to share their names.

5. From June 2024 to January 2025, attorneys from American Gateways assisted one of the detainees in the course of our work through the Legal Orientation Program at the T. Don Hutto Residential Center in Taylor, Texas. We offered information about options and release from detention, and provided pro se assistance on an affirmative application for relief. As to the second individual, we met with him in January 2025 and provided general information about the immigration system and how to seek relief.

6. I understand that another flight carrying detainees from the U.S. landed at Guantánamo on Sunday, February 23, 2025. As with the previous flights, staff at American Gateways have been tracking whether any of our clients were included in this latest round of transfers. We have looked our clients up in the online ICE Detainee Locator; called U.S. detention centers where they are being held, to confirm whether they are still there; and reached out to partner organizations to exchange information.

7. American Gateways is willing to provide legal services to individuals detained Guantánamo.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February 2025 in Austin, TX.

_____
Rebecca Lightsey

# EXHIBIT A

# Here Are the Names of 53 Migrants Taken to Guantánamo Bay

The Times has obtained a list of the names of the men, whom the U.S. government has described as Venezuelan citizens under final deportation orders.

 Listen to this article · 4:39 min   Learn more



By Carol Rosenberg and Charlie Savage

Feb. 12, 2025

The New York Times has obtained a list of 53 men whom the Homeland Security Department has sent from an immigration detention site in Texas to a prison building at the military base at Guantánamo Bay, Cuba.

The U.S. government has not released the men's names but has described them as Venezuelan citizens under final deportation orders. By not disclosing the migrants' identities, the government has prevented their relatives from learning where they are being held and complicated efforts by lawyers who want to challenge their detention.

The Times is publishing the list. But we have not independently assessed the Trump administration's characterization of the 53 men being housed in the prison, called Camp 6, as "high-threat illegal aliens" or violent gang members.

The Times has found listings for 50 of the men in the U.S. immigration service's Detainee Locator, which allows the public to search for people by name.

Until recently, the men had been listed as being held by Immigration and Customs Enforcement in El Paso. U.S. cargo planes began moving migrants to Guantánamo, and the agency switched their locations to "Florida." Detainee operations at Guantánamo Bay are overseen by the U.S. Southern Command, which is near Miami, and the overall base is supervised by Navy headquarters in Jacksonville, Fla.

As of Wednesday, the military had brought about 100 migrants to Guantánamo. The people who are not named on the list were being held in a separate facility.

Two of the names subsequently showed up in a lawsuit, which was filed on Wednesday in part by their relatives, seeking legal access to the detainees. The relatives said they recognized the men in pictures from a transfer operation that the government had made public.

Three of the names, marked with asterisks, did not appear to be in the locator system, which requires exact spellings.

Here is the list:

Acosta Carreno, Yonniel Daniel

Alviares Armas, Jhonatan Alejandro

Azocar-Moreno, Alexandro

Bastidas Paz, Jhoan

Bellorin-Cardiel, Javier Alejandro

Bermudez Gamez, Jose

Briceno-Rojas, Adrian Jose

Cardozo Oliveros, Carlos

Castillo Rivera, Luis Alberto

Ceballos-Jemenez, Kleiber Eduardo

Chirino Torres, Jonathan

Chirinos Rodriguez, Edixon Leonel

Duarte-Marin, Allinzon

Duran-Arape, Mayfreed

Escalona Hernandez, Jefferson *

Esteira Medina, Misael Jose

Gomez Lugo, Tilso Ramon

Guerrero Mejias, Bryan Sleydher

Guevara-Varguillas, Sergio Gabriel

Guilarte, Oswal Yonaiker

Liendo-Liendo, Endry Jose

Lindado Mazo, Ricardo Jose

Marquez Sanchez, Jesus David

Medina Andrade, Jose Gregario

Mendez Canas, Freddy Javier

Mendez Ramos, Jesus Enrique

Montes Fernandez, Franyer

Mundaray-Salazar, Argelis Jose

Orelanna, Deiby Jose *

Oviedo-Hurtado, Brayan Alberto

Palma-Osorio, Carlos David

Paredes Salazar, Jose Alejandro

Prado Pirona, Jesus

Purroy Roldan, Yoiner Jose

Quintero Quintero, Yohanderson

Rios Salas, Luis Alberto

Rivas-Rivas, Lorwis Jose

Rivero Pinero, Brayan

Rodriguez Diaz, Kevin

Rodriguez Fermin, Rafael

Rojas Pena, Junior

Sanchez Vasquez, Junior

Sandovalascanio, Anthony Yosmar

Santana-Jara, Andres

Simancas Rodriguez, Jose

Sulbaran D'Avila, Erick Johan

Tiberio-Pacheco, Julio

Uvieda Machado, Alexis

Uzcategui Uzcaegui, Diuvar *

Velazquez-Penaloza, Julio Jose

Villasana Villegas, Douglas Jesus

Wullians Oropeza, Daimer

Yanes-Gonzalez, Ali Jose

**Carol Rosenberg** reports on the wartime prison and court at Guantánamo Bay. She has been covering the topic since the first detainees were brought to the U.S. base in 2002. More about Carol Rosenberg

**Charlie Savage** writes about national security and legal policy. More about Charlie Savage

A version of this article appears in print on , Section A, Page 14 of the New York edition with the headline: The 53 Detainees Held at Camp 6