## DECLARATION OF ADONIA SIMPSON

I, Adonia Simpson, declare pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Adonia Simpson. I am an attorney in good standing currently licensed in the state of Massachusetts. I am the Deputy Director for Policy and Pro Bono, at the American Bar Association (ABA) Commission on Immigration (COI).

2. At the ABA, I supervise COI's pro bono efforts, policy work, and the national detention hotline, among other programs. I make the statements in this declaration based on my personal experience working on these ABA activities.

3. The ABA operates a detention hotline ("hotline"), that provides legal information and resources to callers in immigration detention. This hotline was created in coordination with the legacy Immigration and Naturalization Service in approximately 2002. Hotline operators speak Spanish and English. The hotline does not provide legal representation to callers. The ABA created a toll-free number for individuals detained at Guantánamo, 1-855-641-6081. Calls will be answered by non-attorney legal staff.

4. The hotline has limited hours of operation, as follows:
Mondays, Wednesdays, and Fridays from 9 a.m. to 12 p.m., and 1 p.m. to 2 p.m. ET
Tuesdays and Thursdays from 9 a.m. to 12 p.m., and 1 p.m. to 5 p.m. ET.

5. Late last week, staff from Immigration and Customs Enforcement headquarters informed me that information about the ABA detention hotline is now available to immigrant detainees held at Guantánamo. I have not received any confirmation of whether the hotline number is functioning for people to make calls from Guantánamo. I do not know exactly what specific information has been provided to detainees or how that information has been shared. I do not know what times immigrant detainees are able to make calls to the hotline.

6. The ABA detention hotline does not accept voicemail messages, and we ask that those unable to connect the first time they call reach out to us again. I do not know how to place a return call to detainees held at Guantánamo.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2025, in Baltimore, Maryland.

  /s/ Adonia Simpson
**Adonia Simpson**