## DECLARATION OF LUIS ALBERTO CASTILLO RIVERA

I, Luis Alberto Castillo Rivera, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Luis Alberto Castillo Rivera. I am the younger brother of Yajaira Del Carmen Castillo Rivera and the husband of Leidy Castillo Rivera. I am from Venezuela and entered the United States on January 19, 2025, with a CBP One appointment. Even though I followed the law and even though I have family in the United States, I was detained the whole time I was in the United States and never got to see a judge. I wanted to work with a lawyer on my asylum case but I was in Texas for barely two weeks and did not get to fight my case.

3. The night of February 3, 2025, my name was called while I was praying, and I was told to get my things. I called my wife because I thought I would be released. However, I had a bad feeling. There was a group of us, 10 of us in total, and the officers told us that we were going to be transferred to another prison before being deported. After a bit of time, we were moved to a military plane. Before getting on the plane, officers took many pictures of us, including of our tattoos.

4. Since getting here, we have been given no information. Until today, I did not even know where I was. I just learned that I am at Guantánamo Bay, Cuba.

5. Since February 3, the last time I spoke with my family, until today, February 17, I have not been able to communicate with anyone in the outside world. There is no way to communicate with anyone outside, including lawyers. I beg the officers all the time to talk to my family. I told them that "You must have a family, you must have a child," and I ask them to have some compassion. All they say is that it is not possible to make calls.

6. On February 17, I was able to make only one phone call to speak with the attorneys in this case. That is how I learned that I am detained at Guantánamo. I confirm that I want to be a part of this case because I want to have access to attorneys and I want the other people here to have access to attorneys and to get out of Guantánamo.

7. I am held in a prison and we are guarded by military officers. Each of us are in a small cell with a thin mattress. We only get one hour a day outside of the cell. That is the only time we can see the sun, and even then, we are in a small cage in the yard. We are searched every time we use the bathroom. The food is not enough and not edible. I do not understand why we are being treated this way. We are not criminals. We are not terrorists. We are fathers, we have families, we are humans. Some of us have tattoos, but it does not mean we are dangerous. We should not be treated as animals.

8. I do not want to be detained at Guantánamo. I want access to an attorney to help me get out of detention and figure out what options I have in my immigration case. I understand

    that there are legal organizations in this case who would offer me services and I want them to represent me if I were able to communicate with them.

9. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 17th of February, 2025.

*/s/ Luis Alberto Castillo Rivera*
Luis Alberto Casillo Rivera

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Talia Roma, certify that I am fluent in both English and Spanish. On February 17, 2025, I personally spoke with Luis Alberto Casillo Rivera and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Castillo affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Due to Mr. Castillo's current detention situation, it was not possible to obtain a written signature on the above declaration. In addition to confirming that the information in the above declaration is true, Mr. Castillo also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(415) 343-0770
troma@aclu.org