## DECLARATION OF YOIKER DAVID SEQUERA

I, Yoiker David Sequera, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Yoiker David Sequera. I am the only son of Angela Carolina Sequera. I am from Venezuela and came to the United States in September 2024. I tried waiting for a CBP One appointment but after about a month, I got desperate. I was immediately detained and spent the whole time in the United States in detention. I got a deportation order from the immigration judge on January 6, 2025, because I did not have an attorney to help me with my case.

3. On February 9, 2025, I was transferred from the detention center in El Paso in Texas to Guantánamo Bay, Cuba. They woke me up around 3am and moved me with 15 other people onto a flight. They did not say anything about what was happening to us or where we were going. We were on the flight for about 7 hours before we landed.

4. Since getting here, we have not been given much more information. Someone said that we were going to be deported eventually, but did not give us a date or any other details. We have no idea what will happen to us.

5. I am in a building with about 10 rooms and they are keeping about 6 people per room. We are not allowed to leave except for a shower a day and to go outside for 15-20 minutes in the evening. We are sleeping on mattresses that are slightly elevated off the ground. Military guards come by 3-5 times a day, and there are other kinds of officers I do not recognize.

6. Since February 8, when I last spoke to my mother, until February 17, I have not been able to communicate with anyone in the outside world. I asked to speak to my family but was told it was not possible. I did not try asking again after that. To my knowledge, no one here has been able to communicate with their attorneys or their family or anyone outside Guantánamo.

7. On February 17, today, I was able to make only one phone call to speak with the attorneys in this case. I confirm that I want to be a part of this case because I want to have access to attorneys and to get out of Guantánamo.

8. I do not want to be detained at Guantánamo. I want access to an attorney to help me get out of detention and figure out what options I have in my immigration case. I understand that there are legal organizations in this case who would offer me services and I want them to represent me if I were able to communicate with them.

9. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 17th of February, 2025.

*/s/ Yoiker David Sequera*
Yoiker David Sequera

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Talia Roma, certify that I am fluent in both English and Spanish. On February 17, 2025, I personally spoke with Yoiker David Sequera and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Sequera affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Due to Mr. Sequera's current detention situation, it was not possible to obtain a written signature on the above declaration. In addition to confirming that the information in the above declaration is true, Mr. Sequera also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(415) 343-0770
troma@aclu.org