**DECLARATION OF LEXDY GEORGINE RUIZ**

I, Lexdy Georgine Ruiz, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am making this statement based on my direct knowledge, and if asked to testify, I would be able to do so accurately.

2. My name is Lexdy Georgine Ruiz, and I am a United States citizen born in New Jersey. I currently live in Chicago, Illinois.

3. I am providing this declaration because I am deeply worried about my former partner, Jhonatan Alejandro Alviares Armas, who has been transferred to Guantánamo Bay, Cuba.

4. Jhonatan was born on November 28, 1995, in Venezuela. He is the father of my one-year-old child. Although we separated eight months ago, we remain in contact and on good terms. If he were released, he would live with me and our child.

5. Jhonatan came to the United States on December 2, 2024, with a CBP One appointment, and was immediately placed into ICE custody. He later told me that officers detained him because of his tattoos, which officers claimed were gang-related, even though they are not.

6. We decided to come to the U.S. because our baby was seriously ill, suffering from fluid in the sac around the heart, and we needed medical care. I was able to enter separately since I am a U.S. citizen.

7. Jhonatan has been outspoken against the Venezuelan government and has participated in anti-government protests. My mother, who works for the Venezuelan government, has threatened him multiple times, saying she would take our child away and have Jhonatan imprisoned.

8. Jhonatan was last detained at the El Paso Processing Center. While he was detained, Jhonatan spoke with attorneys from Las Americas and they were looking at his case but unfortunately, his situation moved very quickly and he got an expedited removal order while he did not have a lawyer.

9. While detained at the El Paso Processing Center, Jhonatan began experiencing severe throat pain. He was later diagnosed with a throat tumor, but I do not know whether he received adequate medical treatment.

10. Jhonatan and I spoke frequently while he was detained. Our last conversation was in early February 2025, and after that, our communication suddenly stopped. I did not hear from him for three days, which was very distressing. I have not spoken to him since and do not know if he is safe or receiving the care he needs.

11. On February 7, 2025, I was contacted by a staff member from Las Americas, who helped me look up his status on the ICE Detainee Locator. It showed that he was in Florida. A few days later, I saw his name listed in a New York Times article among those reportedly sent to Guantánamo Bay.

12. ICE has accused Jhonatan of being a gang member because of his tattoos. This is completely false. Jhonatan is not affiliated with any gang—his tattoos relate to his religious beliefs in Paleria, which involve symbols like skulls, roses, and names of the deceased.

13. Jhonatan has never even been arrested or convicted of any crime in Venezuela or the United States.

14. I have received no information at all from the U.S. government about how Jhonatan is doing or how I can contact him. I am overwhelmed with worry for Jhonatan's well-being, especially given his throat tumor and the uncertainty of his medical care. I have no way of knowing if he is receiving the treatment he needs or if his condition is worsening. Without proper medical attention, I worry that his health could deteriorate rapidly.

15. Our child needs him, and knowing that he has been sent to Guantánamo Bay is devastating. He is completely cut off, and we have no way to talk to him or show him how his son is doing. With our child's health issues, he must be worried and anxious, yet he has no way to check on him or be there for him.

16. If Jhonatan is being held at Guantánamo, I want him to have a lawyer who can help him fight his detention and explore any legal options available. I understand that there are legal organizations in this case who want to offer services to the people at Guantánamo, and I want him to be able to receive their assistance. I understand that Las Americas would like to continue offering their legal services to Jhonatan if they can communicate with him and help reunite him with me and our child.

17. Everything in this statement is true to the best of my knowledge. This declaration was read back to me in Spanish, a language I understand.

Executed on the 18 day of February, 2025 at Chicago, Illinois.

Lexdy Georgine Ruiz

**CERTIFICATE OF TRANSLATION**

I, Zoe Bowman, certify that I am fluent in both English and Spanish. On February 18, 2025, I personally spoke with Lexdy Georgine Ruiz and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Ruiz affirmed that she understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Zoe Bowman
Attorney
Las Americas Immigrant Advocacy Center
1500 Yandell Dr.
El Paso, TX 79902
(715) 456 9597
zoebowman@las-americas.org