# DECLARATION OF MAYRÉ CAROLINA CARDIEL BASTARDO

I, Mayré Carolina Cardiel Bastardo, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Mayré Carolina Cardiel Bastardo. I am the mother of Javier Alejandro Bellorin-Cardiel. We are from Venezuela.

3. My son Javier was born on April 13, 2004. He is only 20 years old and left Venezuela to join his father in the United States. His father and aunt are both in the United States and have pending asylum claims.

4. I am submitting this declaration because my son has been transferred to the military base on Guantánamo Bay, Cuba and I am extremely concerned about his well-being.

5. My son entered the United States on December 23, 2023. He was detained at the T. Don Hutto Detention Center starting around August 1, 2024. On September 23, 2024, Javier received a final order of deportation signed by an immigration judge in Houston. On January 30, 2025, he was transferred to the El Paso Processing Center before being taken to Guantánamo later in February.

6. I have not heard from my son since February 6, 2025. Before that, we spoke every day as Javier was struggling with depression, anxiety, and serious health conditions. Javier was diagnosed with diabetes and post-traumatic stress disorder while in detention. I fear his condition has worsened since his transfer to Guantánamo.

7. The last time I spoke with Javier on February 6, he told me that Venezuelan detainees were being targeted and transferred to El Paso, and that ICE was accusing them of being members of Tren de Aragua. He was very distressed as some of the detainees were threatened with being sent to Guantánamo.

8. On February 9, 2025, I checked the ICE detainee locator and saw that Javier's status had changed to "Florida/Call ICE field office." Shortly after, I saw his name in a newspaper list of detainees sent to Guantánamo Bay, where he was listed as number five on the list.

9. A detainee who was held in El Paso with Javier called me after his deportation to Venezuela. He told me he had exchanged phone numbers with Javier and they agreed that whoever was released first would inform the other's family members about their whereabouts. He confirmed that Javier and others were rounded up in the early hours of February 7, 2025, and sent to Guantánamo Bay – describing the transfer as resembling a trafficking operation, carried out abruptly and without explanation.

10. I am so worried about Javier and want to be in contact with him. I fear for his safety and health, especially given his medical conditions and the reports I have heard about Guantánamo. I do not know if he has access to medical care, proper food, or even the

ability to speak to anyone who can help him. I stay up at night thinking about whether he is okay, if he is scared, and if he even knows that I am still fighting for him.

11. I believe that he needs to have a lawyer so that they can help him with his immigration case and get him out of Guantánamo. I understand that there are legal organizations in this case and other attorneys who would offer Javier services. I would like him to be represented if attorneys are able to communicate with him. I believe that it would be in my son's best interest to have legal representation.

12. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the __18__ day of February, 2025 at Cumaná, Venezuela.

_____
Mayré Carolina Cardiel Bastardo

**CERTIFICATE OF TRANSLATION**

    I, Jennifer Reyes, certify that I am fluent in both English and Spanish. On February 18, 2025, I personally spoke with Mayré Carolina Cardiel Bastardo and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Cardiel Bastardo affirmed that she understood my translation and that the information in the above declaration is true and accurate.

    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Jennifer Reyes
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
jreyes@aclu.org