## DECLARATION OF DORIS MARGARET ARAPÉ VALDERRAMA

I, Doris Margaret Arapé Valderrama, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Doris Margaret Arapé Valderrama, I am the mother of Mayfreed Amado Duran Arapé. Mayfreed is 21 years old and left Venezuela around January of 2023 to flee for safety in the United States. I am very worried about what might happen to my son if he is returned to Venezuela.

3. I am submitting this declaration because I believe my son has been transferred to the military base on Guantánamo Bay, Cuba. I am incredibly concerned about his wellbeing, because I have not heard from him since February 6, 2025. We normally speak every day, we are very close, and I am a big support for my son.

4. Mayfreed entered the United States around July 7, 2023. My son attempted to cross the border twice between March and June of 2023 but was sent back to Mexico both times. Finally, he got a CBP One appointment and entered the United States in July 2023.

5. My son was detained the entire time he has been in the United States. Even though he tried to fight his case for about a year and a half, he got a deportation order in December 2024 because he did not have the help of an attorney and it was very difficult for him to work on his case while in detention.

6. While he was detained, I spoke to my son almost every single day, by phone and by video call. We are very close and we talk about everything. The last time I spoke with Mayfreed was February 6, when he told me that they were taking people out of their dorms in the middle of the night, and that it was all very strange. He told me that if I don't receive his calls, he has probably been taken. He did not know where people were being taken to.

7. After our last conversation, I did not hear from my son the next day. I feared he may have been deported back to Venezuela, as I had heard that a plane had come from Venezuela to take back some Venezuelans. On February 7, I received a call from the detention center, from a friend of my son's who had been detained with him, calling to tell me that my son had been taken from the detention center, but that he did not know where Mayfreed had been taken.

8. When I saw pictures appear in the news of immigrants who had been taken to Guantánamo, I thought I might recognize him in one of the pictures, but I did not want to believe it. Another woman let me know that I should check the U.S. Immigration and Customs Enforcement (ICE) detainee locator tool, because immigrants who are being detained at Guantánamo are showing up as being located in Florida. I saw that Mayfreed's location was listed as being in Florida, and that is when I really knew that he had been transferred to Guantánamo.

9. My family and I have not heard from Mayfreed since February 6. I have not received any information from the U.S. government about where Mayfreed is or how to contact him.

10. I am so worried about my son and believe that he needs to have a lawyer to help him. I want Mayfreed to have access to an attorney so that they can help him with his immigration case and get him out of Guantánamo. I understand that there are legal organizations in this case and other attorneys who would offer him services. I would like him to be represented if attorneys are able to communicate with him. I believe that it would be in my son's best interest to have legal representation.

11. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the __18___ day of February, 2025 in Seattle, Washington, U.S.

_DORIS ARAPE_____
Doris Margaret Arapé Valderrama

## CERTIFICATE OF TRANSLATION

    I, Talia Roma, certify that I am fluent in both English and Spanish. On February 18, 2025, I personally spoke with Doris Margaret Arapé Valderrama and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Arapé affirmed that she understood my translation and that the information in the above declaration is true and accurate.

    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(415) 343-0770
troma@aclu.org