### DECLARATION OF MILEINY AIMARA ALVIAREZ TABARES

I, Mileiny Aimara Alviarez Tabares, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Mileiny Aimara Alviarez Tabares. I am the partner of Bryan Sleydher Guerrero Mejias. Bryan is 33 years old and left Venezuela around 2018 because he did not feel safe in Venezuela. In May of 2024, we arrived at the U.S. border, where we both turned ourselves in with the intention of requesting asylum.

3. I am submitting this declaration because I believe my partner has been transferred to the military base on Guantánamo Bay, Cuba. I am very concerned because I have not heard from him since February 5, 2025. We usually speak regularly, almost every day, and he knows that I am very worried about him so if he were able to call me, I am sure he would do so.

4. Bryan and I entered the United States in May of 2024. We were separated once we turned ourselves in at the border; I was soon sent back to Mexico while my partner was taken to a detention center. He had three hearings with an immigration judge, and during the last hearing he was ordered deported. My partner told me that all three of the hearings were conducted in English and the only information that was interpreted to Spanish was during the third hearing when the judge informed him that he would be removed from the United States. Bryan was detained the whole time he was in the United States. We last spoke when he was detained at Otero County Processing Center. He was never able to get assistance from an attorney on his immigration case.

5. While he was detained in the United States, I spoke to my partner almost every day, sometimes multiple times a day, usually by phone but by video call whenever we could. The last time I spoke with Bryan was on February 5, when he told me that he thought he was about to be sent to a different detention center because the facility staff were asking him questions like what size clothing he wore.

6. When I did not hear from Bryan for a few days, I began to worry about what might have happened to him. When I started hearing through the news and social media that the U.S. government was sending Venezuelans with tattoos whom they believed to be criminals to Guantánamo Bay, I grew even more worried. My partner has many tattoos that the immigration officers inspected on multiple occasions. On February 12, I saw Bryan's name on a list of people transferred to Guantanamo published by the New York Times, and that is when I knew he was in Guantanamo.

7. Bryan's family and I have not heard from him since February 5. We have not received any information from the U.S. government about where Bryan is or how to contact him.

8. I am so worried about my partner and believe that he needs to have a lawyer to help him. I want my partner to have access to an attorney so that they can help him with his immigration case and get him out of Guantánamo. I understand that there are legal organizations in this case and other attorneys who would offer him services. I would like him to be represented if attorneys are able to communicate with him. I believe that it would be in my partner's best interest to have legal representation.

9. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.


Executed on the __18__ day of February, 2025 at Mexico City, Mexico.


_____
Mileiny Aimara Alviarez Tabares

## CERTIFICATE OF TRANSLATION

I, Talia Roma, certify that I am fluent in both English and Spanish. On February 18,

2025, I personally spoke with Mileiny Aimara Alviarez Tabarez and read the foregoing

declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Alviarez

affirmed that she understood my translation and that the information in the above declaration is

true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.


Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(415) 343-0770
troma@aclu.org