## DECLARATION OF DANEIDA CAROLINA MORENO-RODRIGUEZ

I, Daneida Carolina Moreno Rodriguez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Daneida Carolina Moreno Rodriguez. I am the mother of Alexandro Rafael Azocar-Moreno. My son is Venezuelan and 23 years old. He was living in Chile but returned to Peru to say goodbye to me before he left for the United States in September 2023.

3. I am submitting this declaration because I believe my son has been transferred to the military base on Guantánamo Bay, Cuba. His name was included on the list of migrants that have been transferred to Guantánamo, and I identified him in pictures and videos shared in the news. I am very worried about how he is doing because I have not heard from him for several weeks now.

4. Alexandro entered the United States in late 2023 with a CBP One appointment. He also had a sponsor in the United States. While he was out working, my son was detained in the Otero Country Processing Center in Chaparral, New Mexico in May 2024, where he was detained for seven months. He appeared in front of an immigration judge a few times. I believe he had an attorney at some point while he was detained, and this attorney thought he would get out of detention quickly because he had no criminal history. But that did not happen, and I do not know what happened to the attorney. After seven months in New Mexico, he was transferred to a detention facility in El Paso, Texas. In December 2024, he told me he had received a deportation order and was going to be deported in January 2025. However, when I spoke to him in January, he said that immigration officials had begun questioning him about his tattoos.

5. I spoke to my son over video call often. I video called him on January 19, 2025, while he was still in New Mexico. On January 22, I talked to him via telephone, and he told me that immigration officers had transferred him to another facility in Texas.

6. Around February 5, I learned that my son was at Guantánamo Bay through the news and social media. He is third on the list of names that has been published by several news agencies, and I was easily able to identify him in the photos and videos of detainees arriving in Guantánamo. U.S. government officials are accusing him of being a member of a Venezuelan gang just because he has tattoos, but my son is not a gang member. He is a good man, a good son, and a good brother. Before being detained, he worked to save money to support his younger sister, who has epilepsy and needs medication.

7. I have not heard from my son since January 22 of this year. I have not received any information from the U.S. government about where my son is or how to contact him.

8. I am so worried about my son and believe that he needs to have a lawyer to help him. I want my son to have access to an attorney so that they can help him with his immigration case and get him out of Guantánamo. I understand that there are legal organizations in this case who would offer him services, and I would like them to represent him if they are able to communicate with him. I believe that it would be in my son's best interest to have this legal representation.

9. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 19 day of February, 2025 at Lima, Peru.

*Daneida C Moreno R.*
Daneida Carolina Moreno Rodriguez

**CERTIFICATE OF TRANSLATION**

    I, Neha Srinivasan certify that I am fluent in both English and Spanish. On February 19, 2025, I personally spoke with Daneida Carolina Moreno Rodriguez and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Moreno Rodriguez affirmed that she understood my translation and that the information in the above declaration is true and accurate.

    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

*Neha Srinivasan*
_____
Neha Srinivasan