**DECLARATION OF JUDEIXY JORMARIS GUILLEN SANCHEZ**

I, Judeixy Jormaris Guillen Sanchez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Judeixy Jormaris Guillen Sanchez. I am the mother of Cleiver Omar Guillen Sanchez. My son is Venezuelan and 19 years old. He left for the United States around a year ago.

3. I am submitting this declaration because I believe my son has been transferred to the military base on Guantánamo Bay, Cuba. I am very worried about how he is doing because he is only 19 years old, he has not been in contact with anyone, and I am unable to affirmatively locate him. He is my only son. I am anxious for his future and his ability to be with his newborn daughter, who is in the United States.

4. After my son entered the United States, he would call me two times a week. However, once U.S. Immigration and Customs Enforcement (ICE) detained him, I did not know how to reach him. ICE looked through all of his belongings and took note of his tattoos, after which they accused him of being a member of the gang Tren de Aragua. He was detained in Texas for six months prior to his transfer to Guantánamo. I do not know what happened specifically with his immigration case, but I know he has never had an immigration attorney representing him, and he desperately wanted one to help him with his case.

5. My son called me two times from the detention center, but it became too costly for him to continue calling through the center's telephone. After the initial calls, I mainly communicated with my son through the wife of another detainee that my son was friends with. I speak with the wife nearly daily, and she used to relay messages back and forth between my son and me. I found out Cleiver was being transferred from Texas because his friend's wife called me in the early morning on February 10, 2025, with a message from my son. Cleiver said that he was being taken somewhere but didn't know where, and he said that he hopes to talk to me soon.

6. The wife and I later learned that Cleiver's friend was transferred to Guantánamo from the list of names in the news. I believe my son is also in Guantánamo. I looked up my son on the ICE Locator website, and instead of listing a detention center, it tells me to call the field office in Plantation, FL, for more information.

7. I have not heard anything from my son since February 10. I have not received any information from the U.S. government about where my son is or how to contact him.

8. I am so worried about my son and believe that he needs to have a lawyer to help him. I want my son to have access to an attorney so that they can help him with his immigration case and get him out of Guantánamo. I understand that there are legal organizations in

    this case who would offer him services, and I would like them to represent him if they are able to communicate with him. I believe that it would be in my son's best interest to have this legal representation.

9. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 19 day of February, 2025 at Bogotá, Colombia.

_____
Judeixy Jormaris Guillen Sanchez

## CERTIFICATE OF TRANSLATION

  I, Neha Srinivasan, certify that I am fluent in both English and Spanish. On February 19, 2025, I personally spoke with Judeixy Jormaris Guillen Sanchez and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Ms. Guillen Sanchez affirmed that she understood my translation and that the information in the above declaration is true and accurate.

  I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


*Neha Srinivasan*
_____
Neha Srinivasan