**SUPPLEMENTAL DECLARATION OF LUIS ALBERTO CASTILLO RIVERA**

I, Luis Alberto Castillo Rivera, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. This declaration supplements my other declaration in this case, dated February 17, 2025.

3. Between February 4, 2025, when I first arrived at Guantanamo, and February 20, 2025, when I was flown to Venezuela via Honduras, I was held in a prison at Guantanamo Bay, Cuba.

4. On February 17, 2025, I was first given the opportunity to speak with my attorneys. That call lasted approximately an hour. During that call, I learned for the first time where I was detained. I was grateful to have the ability to speak to my lawyers, because I had not been able to speak to anyone outside of the detention facility while detained to that point.

5. After my call with attorneys on February 17, I asked officials at the prison multiple times to speak again with my attorney, as well as my family. The officers, however, told me that it was not possible to make a call.

6. On the evening of Wednesday, February 19, an official slipped a piece of paper under each of detainees' cell doors. The paper they handed out seemed the same as the one that I had been given before when I was detained at El Paso, which had information about our rights to speak with an attorney, and a phone number. However, as the papers were being passed out, officials also told us detainees that it did not matter anyways. He told us that getting a lawyer did not matter anyways because we were going to be promptly deported. He told us that there was nothing we could do, because we had final orders of deportation.

7. Only hours after we received these pieces of paper, guards rounded us up out of our cells around 3:00 am on Thursday, February 20, 2025. We were then taken out of the prison and loaded up for our deportation flight.

Executed on the 24th of February, 2025.

*/s/ Luis Alberto Castillo Rivera*
Luis Alberto Castillo Rivera

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

      I, Talia Roma, certify that I am fluent in both English and Spanish. On February 24, 2025, I personally spoke with Luis Alberto Castillo Rivera and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Castillo affirmed that he understood my translation and that the information in the above declaration is true and accurate.

      Due to Mr. Castillo being currently in transit in Venezuela, it was not possible to obtain a written signature on the above declaration. In addition to confirming that the information in the above declaration is true, Mr. Castillo also gave me verbal consent to sign on his behalf.

      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(415) 343-0770
troma@aclu.org