IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> *Plaintiffs–Petitioners*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants–Respondents*. | Case No: 1:25-cv-00418 |

## **CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(h) AND 83.2(i)**

I, Kyle Virgien, hereby certify under Local Civil Rules 83.2(h) and 83.2(i) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the California Bar. My California Bar number is 278747.

2. I am employed by the American Civil Liberties Union Foundation.

3. I am representing Plaintiffs Las Americas Immigrant Advocacy Center, Refugee and Immigrant Center for Education and Legal Services, American Gateways, Americans for Immigrant Justice, Eucaris Carolina Gomez Lugo, as next friend on behalf of Tilso Ramon Gomez Lugo, Angela Carolina Sequera, as next friend on behalf of Yoiker David Sequera, and Yajaira Del Carmen Castillo Rivera, as next friend on behalf of Luis Alberto Castillo Rivera, in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Brett Max Kaufman, Eunice Cho, and Lee Gelernt of the American Civil Liberties

1

Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(h) and 83.2(i), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: March 10, 2025

Respectfully submitted,

Kyle Virgien
American Civil Liberties Union Foundation
National Prison Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
kvirgien@aclu.org

*Attorney for Petitioners-Plaintiffs*

2