# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., <br><br> Plaintiffs, <br> v. <br><br> KRISTI NOEM, <br> Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00418 |

## NOTICE OF APPEARANCE

Defendants, through the undersigned counsel, respectfully ask the Clerk of the Court to enter the appearance of Trial Attorney Jason Kyle Zubata as counsel of record for Defendants in the above-captioned case.

Dated: March 19, 2025

Respectfully submitted,

/s/ *Jason Kyle Zubata*
JASON KYLE ZUBATA
MD Bar # 2211290295
Trial Attorney
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, District of Columbia 20044
Tel.: (202) 532-4143; Fax: (202) 305-7000
Email: jason.k.zubata@usdoj.gov
*Attorney for Defendants*