UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security, et al.,<br><br>   Defendants. | Civil Action No. 25-0418 |

## NOTICE OF TRANSFER NOTIFICATION PROTOCOL

On March 14, 2025, the Court ordered Defendants to provide protocols for notifying the Court and Plaintiffs' counsel about transfers to the Naval Station Guantanamo Bay ("NSGB") during the span of this litigation. *See* March 14, 2025 Minute Order.

Defendants propose that counsel will provide notice in *Espinoza Escalona v. Noem*, Civil Action No. 25-0604, of any individual plaintiff's transfer to NSGB within two (2) business days of transfer. To effectuate notice, Defendants will file a notice with the Court indicating that one or more immigrant detainee Plaintiffs have been transferred to NSGB. Additionally, Defendants' counsel will provide the identity of the Plaintiff(s) to Plaintiffs' counsel.

//

- 2 -

Submitted MARCH 19, 2025

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

SARAH WILSON
*Assistant Director*

*/s/ Jason K. Zubata*
Jason K. Zubata
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jason.k.zubata@usdoj.gov

*Counsel for Defendants*