**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*,<br><br>*Plaintiffs*, *on behalf of themselves and those similarly situated,*<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-418-CJN |

**INDEX OF EXHIBITS**
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1. Declaration of Johon Elias Suazo-Muller

2. Declaration of Rodolfo Joel Lopez Jarquin

3. Declaration of Helen Parsonage

4. Declaration of Delaney Rohan

5. Declaration of Xavier Jose Chirinos Toyo

6. Declaration of Juan Diego Veliz Vicent

7. Declaration of Carlos Luis Vera Gonzalez

8. Declaration of Dominic Alexander Oliveros Tortolero

9. Declaration of Noor Zafar

10. Declaration of Scott Michelman