DECLARATION OF JOHON ELIAS SUAZO-MULLER

I, Johon Elias Suazo-Muller, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Nicaragua in October of 2023. I came to the US because the politics in my country are not well. I was trying to seek asylum. I was seeking a better life.

3. I am currently detained at Guantanamo in Migrant Operations Center. I only know this because the attorney I am speaking with told me. I arrived at arrived at Guantanamo about a month ago.

4. I was told by ICE officials that the longest I'd be there is about a month. But I am not told any more information.

5. Everyone in my cohort that arrived with me has already been moved. I arrived with about 43 people and there are only about 6 of us from that group. I was one of the first groups that arrived to Guantanamo.

6. Prior to my detention at Guantanamo, I was held at various detention centers in Louisiana. I was in detention centers in Louisiana for about a month. I have been in ICE custody for about 2 months.

7. I have no criminal history in the United States, or anywhere else. I have never been part of any gang. I have tattoos – my mother's name, a small musical note. None of my tattoos are associated with gang membership.

8. Since arriving at Guantanamo, I was never told that I had a right to speak to an attorney. I have only been able to have legal phone calls because my attorney arranged to have a call with me, not because I was able to request a call. I was surprised I did not receive information about how to contact an attorney and never saw any signs with information on how to speak to an attorney. I have not received a pamphlet, flyer or poster on how I can reach an attorney.

9. When I have had calls with a lawyer at Guantanamo, I am afraid to say everything openly. The calls are on speaker phone. It is easy for the guard to hear what I am saying because he sits outside the room with the door open. A guard can hear my current

    conversation with the attorney. I am afraid of being punished or retaliated against by the guards for saying something that would upset them.

10. At Guantanamo, I have been allowed to speak to my family about 20 times. Each call is about 5 minutes. I am not allowed to give any information about my time at Guantanamo. I can't say where I'm at or details about how I'm doing.

11. I have a family. I fear for my well-being and what's going to happen. I have no criminal charges. I do not deserve this treatment.

12. I want to be able to communicate with lawyers about my detention and my immigration case. I am especially scared of being deported to my home country or held at the prison in El Salvador. I would like to serve as a class representative in a case to challenge legal access to detainees at Guantanamo.

13. Because I am currently detained in Guantanamo, I could not sign this declaration.

Executed on 21 of April, 2025

/s/Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Marisol Dominguez-Ruiz, certify that I am fluent in both English and Spanish. On April 21, 2025, I personally spoke with Johon Elias Suazo-Muller and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Johon Elias Suazo-Muller affirmed that he understood my translation and that the information in the above declaration is true and accurate.

     Due to Johon Elias Suazo-Muller detention at Guantanamo, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Johon Elias Suazo-Muller also gave me verbal consent to participate as a class representative.

     I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

/s/Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz
Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org