DECLARATION OF RODOLFO JOEL LOPEZ JARQUIN

I, Rodolfo Joel Lopez Jarquin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Nicaragua on August 7, 2024 on humanitarian parole for Nicaraguans. I came through the program the prior administration created for certain countries. I flew to Miami and I got parole for two years. However, ICE detained me before my parole ended.

3. I am currently detained at Guantanamo. I am not sure of the name of the area I am in, but I have been told it is the "migrant operations center". I arrived at Guantanamo on April 5, 2025.

4. Prior to my detention at Guantanamo, I was held at Pina Prairie Louisiana since February 10, 2025. On April 4, I was moved to Alexandria and I was told I was about to be removed to Nicaragua. But that was a lie; I was taken to Guantanamo the next day. It was really shocking. We did not know where we were until the plane was arriving and we saw the military. People were horrified. We had thought we were going home.

5. I have not been convicted of any crimes in the U.S. or Nicaragua. In early February, I was detained by the police in Louisiana after a noise complaint, but to my knowledge I was not charged with a crime. The police said they can hold me to wait for ICE, and then ICE came and detained me. I have never been part of any gang. I do not have any tattoos.

6. When I arrived at Guantanamo, I was not told I have the right to speak to an attorney. They only asked us about any illnesses and then put us into rooms with six beds.

7. There are some forms posted here. There is one that says we can make a call to an organization I believe two days a week. I think that is only for complaints related to sexual abuse, not for representation or help in our immigration cases. I do not know of any information available here on whom to contact for legal representation or help.

8. We can only speak with family for 5 minutes a day. But it is not private, the guards are always there and the calls are on speaker phone. It is not comfortable to speak with two or three people listening and I do not feel that I can share personal information.

9. Even when I had my first legal call several weeks after my arrival, because a family member was able to request help for me and the lawyer scheduled a call, there was a guard nearby who I think could hear the call. I felt afraid about retaliation for having a legal call. I am worried that the guards will delay my departure and not let me leave because I had a legal call.

10. Being here is terrible. It has affected me very negatively. At times I feel depressed. We are locked in the small room we live in 23 hours a day. I spend my time lying down; I don't know anything that is going on. When I was detained in Louisiana, I worked in the kitchen in order to occupy my mind. But here there is nothing.

11. There are a lot of rumors and things people say about who will get deported when, because we are desperate to know what is happening and when we will leave here. It is very difficult psychologically.

12. We have one hour of recreation a day. But there is no place to go. We only got a television about a week ago, which people can watch during that one hour. The conditions are very isolating.

13. I would like to serve as a class representative in a case to challenge legal access to detainees at Guantanamo.

14. Because I am currently in Guantanamo, I could not sign this declaration, but have given consent to Marisol Dominguez-Ruiz to sign on my behalf.

Executed on 26 of April, 2025
/s/Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

  I, Marisol Dominguez-Ruiz, certify that I am fluent in both English and Spanish. On April 26, 2025 I personally spoke with Rodolfo Joel Lopez Jarquin and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Rodolfo Joel Lopez Jarquin affirmed that he understood my translation and that the information in the above declaration is true and accurate.

  Due to Rodolfo Joel Lopez Jarquin's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Rodolfo Joel Lopez Jarquin also gave me verbal consent to sign on his behalf.

  I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


/s/ Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz
Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org