## DECLARATION OF CARLOS LUIS VERA GONZALEZ

I, Carlos Luis Vera Gonzalez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Chile on August 22, 2022. I wanted a better quality of life. I am originally from Venezuela but moved to Chile. From Chile, I migrated to the United States. I was granted Temporary Protected Status in August 2024.

3. I was detained at Guantanamo in Unit 6. I was there for 22 days from March 20, 2025 to April 11, 2025. On March 20. 2025 they moved us around 1AM. I and other asked where we were being moved to. We were scared we were being sent to El Salvador. The officers told us we were being sent to Miami. Myself and others did not want to board. There were 25 people on that flight but only 22 people were left at Guantanamo. I do not know what happened to the other 3 people. I never saw them again. The flight left to Guantamo around 6 AM. When we arrived, we were told, "Welcome to Guantanamo." When we deplaned, we were put on a bus with blacked out windows. We arrived at Guantanamo around 2:50 PM. I saw the watch of a lady officer and that's how I knew the time and date. The lady officer's number was 56025. We were handcuffed during the flight and when we deplaned. We could barely move. We were moved to the cells about 2 hours later. The next time I saw someone's watch it read 4:50 pm.

4. Military officers made us strip search, bend over and cough over. I did not want to do this. They made me spread my glutes and bend over. I felt like my rights were violated. I did not want to do go through this and told them I had rights. I was told that I was a terrorist and did not have rights.

5. Prior to my detention at Guantanamo, I was held at Stuart Detention Center in Atlanta. I was not released on bond because of my alleged act of falsifying documents. I was there Dec. 12, 2024 through Feb. 4, 2025. Then I was sent to El Paso. I received my final deportation order during my time in El Paso. I was not given a change of clothes while in El Paso for an entire week.  I was at El Paso from February 4, 2025 through March 20, 2025. I was there for about a month and a half.

6. I have no criminal history. I have never been part of any gang. I do not have tattoos.

7. When I was detained at Guantanamo, we were guarded by people dressed in grey. We mostly saw military officers and what seemed like contracted employees – they were not military officers nor ICE. I know this because when I spoke with them they told us, "I follow ICE's orders."

8. While I was at Guantanamo, I was not referred by my name. I was called by a number. I was number 102. I was housed in cell #6.

9. I recorded everything happened in a notebook but they took it away when they deported me to Venezuela.

10. On March 22, 2025, the FBI arrived. The FBI interrogated me and asked me if I had tattoos. They asked me if I knew anyone related to Tren de Aragua. I told them I do not know anyone. I told them I came here to the United States to work. They told me they had videos of me. I told them to show me. During this interrogation, the people present included the FBI agent and more than 7 military officers.

11. Being detained at Guantanamo was difficult. Military officers would place a waist chain on me and handcuff me every time I stepped outside of my cell. Even when we went to make a phone call. The distance from my cell to the phone booth was about 60 meters. Military officers brought food to my cell in my tray slot.

12. Myself and others were not treated like civil detainees. One time, someone in my pod, Julio referred to as 109, gave his toothbrush to another staff. When a different staff came by to collect it, Julio did not have his toothbrush. They accused him of hiding it even though he had given it to a different employee. The military officers searched his cell, tossed his bed, and did a cavity search for this toothbrush. They searched his genitals. At the end, the military officers finally searched through a trash can and found the toothbrush. This was not right.

13. Calls were via speaker voice. Some words you could say and some words you couldn't because an officer was always close by. There were five phone booths and each booth was about 3x3 feet. The military officers told me that if I said anything that they disagreed with, I would lose his phone privileges. I did not want to lose my phone privileges because it was what held me together. Whenever I made a phone call, it felt like I had won the lottery. That's how much joy phone calls brought me. Things I could not say: conditions and the treatment I was receiving at Guantanamo. Military officers were within earshot of all the calls – not even half a meter away.

14. For example, when I first called my sister, I told her I was in Cuba. The military officer immediately hung up and I lost my phone privilege for a week.

15. When I was detained at Guantanamo, I faced many challenges communicating with lawyers. Other detainees also faced similar problems. After arriving at Guantanamo, I was never told that I had a right to speak to an attorney. I was told I had not right because I am being deported to Venezuela. I saw a flyer to make an attorney call. I did not try to contact an attorney because I preferred using my 5 minutes to call my sister. I was not told about the ABA hotline.

16. At Guantanamo, I was only allowed to speak to my family 3 times, once per week. My first call was 1-minute and it ended because I said I was in Cuba. The second call lasted 5 minutes. The third call was about 15 minutes. I could only make calls to the United States. I could not make international calls.

17. At Guantanamo, there was no commissary. I had to eat what I was given.

18. I was given pills that I did not want to take. I was given 3 pills in the morning. I felt numb. I think the pills are what you normally give someone crazy to calm them down. My neighbors told me I would just stare into the wall. Right now, I feel the effects of the pills. When I left, military officers wanted me to sign a paper stating that they did not give me any harmful pills. It felt like they were trying to wash their hands clean. I did not sign. I knew enough English to know that I should not sign this paper because I never wanted these pills.

19. On April 12, 2025 around 1:00AM , I was put on a plane that left Guantanamo, it made a stop in Puerto Rico for fuel and it arrived at Venezuela at 9:46 AM. I knew we were in Puerto Rico because I overheard an officer say this. I was in handcuffs throughout this flight. Someone on my flight asked to use the restroom because he only has one kidney. The military officers did not let him. He had to relief himself in the seat. Right after, they hit him. When we got to Venezuela, the military officers apologized to us all. There was only one ICE officer that I could see.

20. My time at Guantanamo has left me traumatized. I had to be hospitalized upon my arrival to Venezuela due to tachycardia. I relive my time in Guantanamo all the time. I do not wish this experience on anyone.

Executed on 17 of April, 2025

/s/ _____
Carlos Luis Vera Gonzalez

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Marisol Dominguez-Ruiz, certify that I am fluent in both English and Spanish. On April 17, 2025, I personally spoke with Carlos Luis Vera Gonzalez and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Carlos Luis Vera Gonzalez affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

/s/ Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz
Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org