### DECLARATION OF DOMINIC ALEXANDER OLIVEROS TORTOLERO

I, Dominic Alexander Oliveros Tortolero, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Venezuela around April 9, 2024 to seek asylum. I was detained and transferred to Torrence Detention Center. I received a final order of removal from a judge around May 15, 2024, and was released from Torrance Detention Center on November 15, 2024. Around January 29, 2025, I was redetained and transferred to a detention facility in Louisiana. Around February 9, 2025, I was transferred to El Paso Processing Center.

3. I was detained at Guantanamo from March 20 to April 11, 2025. I was held in Camp 6. When I was put onto the flight to Guantanamo on March 20, 2025, I was told that the flight would be to Miami. We were shackled while we were on this plane and while we were transported by bus from the airplane to Camp 6.

4. I was flown from Guantanamo to Venezuela on April 11, 2025.

5. I have no criminal history in the United States or elsewhere, and I have never been arrested. I have never been part of any gang. I have tattoos, including the names of my mother, father, and grandmother; a forest; a life sign; a feather; and a crown. These tattoos have nothing to do with gangs.

6. When I was at other detention centers, I was able to make international calls to communicate with my family in Venezuela. I was not allowed to make international calls at Guantanamo, which meant that I was not able to call my family. I had nobody in the United States whose phone numbers I knew and who I could call. The only way I could let my family know that I was at Guantanamo was to ask another detainee's wife to tell them. It was very difficult not being able to contact my family, and I feared that they would worry because they did not hear from me for weeks.

8. When I was detained at Guantanamo, I was unable to contact an attorney, and other detainees experienced similar issues. When I arrived on March 20, there was no information about legal calls posted in our units. This information was added two days after I arrived. These flyers explained that we could request calls to attorneys by filling out a form, but they did not explain the process for doing this. I found this information confusing, and I did not request to speak with a lawyer. I was able to speak with a lawyer from the ACLU because she set up a legal call with me.

Executed on the 17th of April, 2025

/s/ *Dominic Alexander Oliveros Tortolero*
Dominic Alexander Oliveros Tortolero

### ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Kyle Virgien, certify that I am fluent in both English and Spanish. On April 17, 2025, I personally translated the foregoing declaration into Spanish faithfully and accurately, and I shared this translated version with Mr. Oliveros Tortolero via WhatsApp. Mr. Oliveros Tortolero affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Mr. Oliveros Tortolero does not have access to a printer, so it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Mr. Oliveros Tortolero also gave me written consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Kyle Virgien
425 California St., 7th Floor
San Francisco, CA 94707
415-490-5697
kvirgien@aclu.org