# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br> *Plaintiffs*, *on behalf of themselves and all those similarly situated,* <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:25-cv-418-CJN |

## [PROPOSED]
## CLASS CERTIFICATION ORDER

Upon consideration of Plaintiffs' motion to certify a plaintiff class herein, it appearing to the Court that all the requirements of Fed. R. Civ. P. 23 have been satisfied, it is hereby

ORDERED that the motion is granted. It is further

ORDERED that this case is certified as a class action on behalf of all immigration detainees originally apprehended in the United States and detained at U.S. immigration detention facilities, and who are, or will be held at Naval Station Guantánamo Bay, Cuba. It is further

ORDERED that Plaintiffs' counsel, from the American Civil Liberties Union, American Civil Liberties Union of the District of Columbia, Center for Constitutional Rights, and International Refugee Assistance Project are hereby appointed as counsel for the Plaintiff Class.

Dated: April ___, 2025

_____
CARL J. NICHOLS
United States District Judge