YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
SARAH S. WILSON
*Assistant Director*
BENJAMIN MARK MOSS
*Senior Litigation Counsel*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

     *Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>JOHON ELIAS SUAZO-MULLER, *et al.*, )<br>         )<br>     Plaintiffs, )<br>         )<br>v.         )<br>         )<br>Kristi Noem, Secretary, U.S. Department )<br>of Homeland Security, *et al.*, )<br>         )<br>     Defendants. )<br>_____ ) | Civil Action No. 1:25-cv-00418-CJN |

## OPPOSED MOTION TO EXTEND DEADLINE TO RESPOND
## TO PLAINTIFFS' CLASS CERTIFICATION MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause, Defendants respectfully move the Court for an order extending the time in which to oppose Plaintiffs' motion to certify a class (ECF No. 35) to June 9, 2025. Pursuant to LCvR 7(m), Defendants' counsel has contacted Plaintiffs' counsel, who indicated that Plaintiffs oppose this extension request.

Defendants were served with the initial complaint (ECF No. 1) on April 16, 2025. *See* ECF No. 31. On April 26, 2025, Plaintiffs filed an amended complaint (ECF. No 34) and a motion to certify a class (ECF No. 35, hereinafter "Mot."). As such, Defendants' opposition to Plaintiffs' motion to certify a class is currently due May 12, 2025, and Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12 is due on June 16, 2025.

In the interest of preserving the Court's and parties' resources and to afford undersigned counsel for Defendants the opportunity to coordinate its response with the client agencies, Defendants request an extension to file their opposition to Plaintiffs' class certification motion to align with the Rule 12 briefing. Defendants believe the appropriate course is for this Court to decide the Rule 12 motion before deciding the class certification motion. There is a likelihood that the claims will be narrowed or the case will be resolved and dismissed consistent with Rule 12. The Court's resolution of the scope and nature of the viable claims is essential to the class certification process because the commonality analysis calls for a "rigorous analysis" of the merits of the class claims. *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 353 (2011). The proposed extension allows the court to engage in the necessary consolidated review of Plaintiffs' claims for class certification and Defendants' claims for dismissal. *See* Fed. R. Civ. P. 16(a)(1)-(2) (encouraging expeditious "disposition of the action" and encouraging courts to "establish[] early and continuing control" over their docket); *accord* Fed. R. Civ. P. 1. For the reasons provided

above, for good cause shown, and without waiving any defenses that may be available in this action, Defendants request that this Court extend Defendants' opposition deadline to June 9, 2025.

This is Defendants' first request for an extension of time to respond to Plaintiffs' motion to certify a class, which is made in good faith. The proposed extension will not prejudice Plaintiffs. The Court has already considered and denied emergency relief in this matter following a fulsome consideration of the claims. Further, Defendants propose filing a response earlier than the service date would otherwise require the case to progress. And, finally, Plaintiffs' motion for class certification will be fully briefed ahead of the Rule 12 motion under the proposed schedule.

If the Court is not inclined to grant Defendants' extension request, it would alternatively ask for a fourteen (14) day extension to afford counsel for Defendants time to prepare an adequate response in light of Defendants' counsels' current workload, as well as to account for needed time to coordinate with the several agencies with substantial interest in this litigation. For the foregoing reasons, Defendants respectfully move this Court to extend the time in which to oppose Plaintiffs' motion to certify a class to June 9, 2025.

//

Dated: May 6, 2025                Respectfully submitted,

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

SARAH S. WILSON
*Assistant Director*

BENJAMIN MARK MOSS
*Senior Litigation Counsel*

By: /s/ *Jason K. Zubata*
    JASON K. ZUBATA
    *Trial Attorney*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 532-4143
    Email: jason.k.zubata@usdoj.gov

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Jason K. Zubata*
    JASON K. ZUBATA
    Senior Litigation Counsel
    United States Department of Justice

3