UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary, U.S. Department )<br>of Homeland Security, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:25-cv-00418-CJN |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's opposed motion to extend deadline to respond to Plaintiffs' class certification motion and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including **June 9, 2025**, to file their opposition to Plaintiff' motion for class certification in this action;

SO ORDERED:

_____  
Date

Hon._____  
CARL J. NICHOLS  
United States District Judge