# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br> *Plaintiffs*, *on behalf of themselves and all those similarly situated* <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:25-cv-418-CJN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO CLASS CERTIFICATION MOTION

Plaintiffs respectfully respond to Defendants' motion to extend their briefing deadline to file their opposition to Plaintiffs' motion for class certification, ECF No. 38. Plaintiffs filed their motion for class certification on April 26, 2025, ECF No. 35, and Defendants' opposition brief is currently due on May 12, 2025. LCvR 7(b). Plaintiffs do not oppose Defendants' proposed "alternative[]" request for "a fourteen (14) day extension,"[1] ECF No. 38 at 2, but do oppose Defendants' request to delay their class certification response deadline for an additional ten days, to June 6, 2025.

Defendants request an extension to "preserv[e] the Court's and parties' resources," and argue that an extension to June 6 is required to align the class certification briefing schedule with their planned motion to dismiss. *Id.* at 1. However, Defendants' counsel have had fair notice and the requisite time to coordinate their response with client agencies—and would have even more

---

[1] Because an extended deadline of fourteen days would fall on Monday, May 26, 2025, a federal holiday, Plaintiffs do not oppose further extension of the deadline for Defendants' response to the class certification motion to Tuesday, May 27, 2025.

1

with the additional fourteen days to which Plaintiffs consent. Moreover, the Court's ability to quickly adjudicate Plaintiffs' class certification motion may preserve judicial resources, avoiding the possibility that individual plaintiffs could be "picked off . . . before an affirmative ruling on class certification could be obtained . . . stimulating successive suits brought by others." *Deposit Guaranty Nat'l Bank v. Roper*, 445 U.S. 326, 339 (1980). This concern is particularly critical in light of rapid factual developments in a related case, as Defendants have transferred a party to and from Guantánamo so quickly that required notice was provided to the Court and Plaintiffs' counsel only after his departure. *See* Resp. to Notice of Pl. Transfer, *Espinoza Escalona v. Noem*, No. 1:25-cv-604 (D.D.C. Apr. 2, 2025), ECF No. 29.

Defendants' principal reason for requesting the additional extension to June 6—that "Defendants believe the appropriate course is for this Court to decide the Rule 12 motion before deciding the class certification motion"—ECF No. 38 at 1, presumes that the Court will decide the motion to dismiss first if the briefing on that motion is completed 24 days *after* the briefing on the class certification motion rather than 34 days after. That presumption is baseless; the Court will decide the two motions in whatever order makes sense to the Court irrespective of the briefing schedule.

For the foregoing reasons, the court should GRANT Defendants' request to extend their class certification briefing deadline by fourteen days, and DENY Defendants' request to extend the briefing deadline to June 6, 2025.

Dated: May 8, 2025

Eunice H. Cho (D.C. Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

My Khanh Ngo*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No. NY0224)
Judy Rabinovitz*
Noor Zafar*
Omar C. Jadwat*
Wafa Junaid*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
wjunaid@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No. 454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*Pro bono representation certificates forthcoming*