AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JOHON ELIAS SUAZO-MULLER, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-418-CJN |
| KRISTI NOEM, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, KRISTI NOEM, Secretary of U.S. D.H.S., in her official capacity, et al.

Date:   06/09/2025

/s/ Malcolm McDermond
*Attorney's signature*

Malcolm McDermond (N.Y. Bar No. 5780861)
*Printed name and bar number*

P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
*Address*

Malcolm.I.McDermond@usdoj.gov
*E-mail address*

(202) 616-4883
*Telephone number*

(202) 305-7000
*FAX number*