**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Kristi Noem, Secretary, U.S. Department ) <br> of Homeland Security, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-00418-CJN |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause, Defendants respectfully move the Court for an order extending by one (1) day the time in which to respond to Plaintiffs' motion for class certification (ECF No. 35). Plaintiffs consent to this motion. Defendants' response is currently due June 9, 2025. Defendants request an extension of time until June 10, 2025. This request is not made for undue delay, and good cause supports it. This motion is made by Defendants due to a significant unplanned network outage that delayed completion of the pleading. As result of the outage, Defendants were unable to finalize the brief to allow for internal review and filing before midnight on June 9, 2025. Plaintiffs consent to the extension on the condition that Plaintiffs' deadline for the reply is also moved by one day to June 18. This is the second extension of time Defendants are seeking with respect to Plaintiffs' motion for class certification.

WHEREFORE, Defendants request that the Court extend the deadline for Defendants to file their opposition to Plaintiffs' motion for class certification to June 10, 2025.

//

Dated:  June 9, 2025                                      Respectfully submitted,

                                               YAAKOV ROTH
*Principal Deputy Assistant Attorney General*

                                               SARAH S. WILSON
*Assistant Director*

                                               MALCOLM MCDERMOND
*Trial Attorney*

                                     By: /s/ *Jason K. Zubata*
                                                  JASON K. ZUBATA
                                                  *Trial Attorney*
                                                  U.S. Department of Justice, Civil Division
                                                  Office of Immigration Litigation
                                                  P.O. Box 868, Ben Franklin Station
                                                  Washington, DC 20044
                                                  Tel: (202) 532-4143
                                                  Email: jason.k.zubata@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.


Dated:  June 9, 2025                                      /s/ *Jason K. Zubata*
                                                              Jason K. Zubata
                                                              *Attorney for Defendant*