UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) )  Civil Action No. 1:25-cv-00418-CJN |
| Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to Plaintiffs' motion for class certification (ECF No. 35) and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including **June 10, 2025**, to respond to Plaintiffs' motion for class certification in this action.

ORDERED that Plaintiffs shall have through and including June 18, 2025 to reply in support of Plaintiffs' motion for class certification in this action.

SO ORDERED:


_____                                    Hon._____
Date                                                                                    CARL J. NICHOLS
                                                                                              United States District Judge