# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHON ELIAS SUAZO-MULLER, et al.,

 Plaintiffs,

v.

KRISTI NOEM,
Secretary of Homeland Security, et al.,

 Defendants.

Civil Action No. 1:25-cv-418

**DECLARATION OF JESÚS RAMOS**

 I, Jesús Ramos, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as a Deputy Field Office Director (DFOD) in El Paso, Texas. I have held this position since March 2022. As the DFOD, I am responsible for the oversight of ERO operations at the ERO El Paso Area of Responsibility (AOR), including operation of detention facilities housing ICE detainees. Since May 6, 2025, I have been temporarily assigned as DFOD with detention and removal oversight at the U.S. Naval Station Guantanamo Bay (NSGB) in Guantanamo Bay, Cuba.

2. ICE is currently using NSGB to house ICE-detained aliens subject to executable final orders without legal impediments to removal. Detainees are housed either in the Windward Housing Facility (WHF), formerly referred to as Camp VI, or the Migrant Operations Center (MOC). ICE operates these facilities under the *Memorandum of Understanding Between the U.S.*

1

*Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantanamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal* (March 7, 2025).

3. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained in my official capacity from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business and information provided by other government Agencies or personnel.

4. I am aware that this litigation, *Suazo-Muller v. Noem* (previously *Las Americas Immigrant Advoc. Ctr. v. Noem*), No. 25-418 (D.D.C. filed Feb. 12, 2025), has been filed in the U.S. District Court for the District of Columbia.

**Johon Elias Suazo-Muller (Suazo-Muller)**

5. Suazo-Muller is a 26-year-old native and citizen of Nicaragua.

6. On or about October 4, 2023, Suazo-Muller was encountered by a Border Patrol Agent in the Rio Grande Valley Border Patrol sector in McAllen, Texas, after he had unlawfully entered the United States from Mexico. Suazo-Muller was processed for expedited removal pursuant to section 8 U.S.C. § 1225 and claimed fear of removal to Nicaragua.

7. Suazo-Muller was placed in ICE custody pursuant to 8 U.S.C. § 1225(b) and referred for a credible fear interview.

8. On November 10, 2023, U.S. Citizenship and Immigration Services conducted a credible fear interview with Suazo-Muller.

9. On December 5, 2023, U.S. Citizenship and Immigration Services issued a discretionary Notice to Appear (NTA) to Suazo-Muller pursuant to 8 U.S.C. §§ 1182(a)(7)(A)(i)(I) and

2

1182(a)(6)(A)(i), as an alien not in possession of valid immigration documents and as an alien present in the United States without being admitted or paroled.

10. On December 19, 2023, Suazo-Muller's NTA was filed with the Executive Office for Immigration Review, placing him in removal proceedings. On that same day, he was released on parole.

11. On August 13, 2024, Suazo-Muller failed to appear for his hearing and an immigration judge with the Houston - Greenspoint Park Immigration Court ordered Suazo-Muller removed in absentia to Nicaragua.

12. On March 14, 2025, ICE encountered Suazo-Muller at the Bossier Parish Jail in Louisiana after an arrest for traffic violations, driving without a driver's license, and unlawful entry into Louisiana.

13. On or about March 27, 2025, Suazo-Muller was transferred to the MOC at NSGB to stage him for removal to Nicaragua.

14. On May 14, 2025, Suazo-Muller was afforded the opportunity to speak to legal counsel telephonically.

15. After discussions with legal counsel, Suazo-Muller told an ICE contract security officer at the MOC that he wanted to cease any further conversations with any additional legal counsel. On May 20, 2025, Suazo-Muller was removed to Nicaragua pursuant to a final order of removal issued by an immigration judge.

16. During his stay at NSGB, Suazo-Muller made 48 telephone calls to family members or friends.

**Rodolfo Joel Lopez Jarquin (Lopez Jarquin)**

17. Lopez Jarquin is a 38-year-old native and citizen of Nicaragua.

3

18. On or about August 7, 2024, Lopez Jarquin entered the United States at Ft. Lauderdale Hollywood International Airport pursuant to a Temporary Presence authorization under the DHS Parole Process for Cuban, Nicaraguan, Haitian, and Venezuelan (CNHV) Nationals.

19. On February 11, 2025, Lopez Jarquin was arrested and charged with appearing in intoxicated condition and engaging in a fistic encounter. On the same day, ERO encountered Lopez Jarquin at the Livingston Parish jail, and ERO Baton Rouge lodged an immigration detainer.

20. On February 12, 2025, ERO served him a Notice to Appear (NTA), charging him with violating 8 U.S.C. § 1182(a)(7)(A)(i)(I), and ERO took him into ICE custody.

21. On March 27, 2025, during a hearing at the Pine Prairie Immigration Court, Lopez Jarquin stated that he wanted to be removed, and the immigration judge ordered him removed to Nicaragua. He did not appeal the immigration judge's decision, and his removal order became final.

22. On or about April 5, 2025, Lopez Jarquin was transferred to the MOC at NSGB to stage him for removal to Nicaragua.

23. On or about May 1, 2025, Lopez Jarquin was afforded the opportunity to speak to legal counsel telephonically.

24. On May 2, 2025, personnel at the MOC at NSGB made four attempts to contact Lopez Jarquin's counsel to allow Lopez Jarquin to speak with his counsel, but they were unsuccessful.

25. During his stay at NSGB, Lopez Jarquin made 44 telephone calls to family members or friends.

26. On May 20, 2025, Lopez Jarquin was removed to Nicaragua.

**Counsel Calls**

27. Legal representatives may request confidential legal phone calls with their clients or prospective clients held at NSGB by e-mailing: Legal.GTMO@ice.dhs.gov. Legal

representatives must provide a scan of the legal representative's identification or documentation reflecting their status as an active legal representative, such as a state bar card, attorney license, paralegal license, or similar legal status, and a scan of the attorney's DHS Form G-28 or confirming submission through ERO eFile (unless this is pre-representational). If a legal assistant is the only legal representative to join the call, the email should also attach a letter of authorization on the firm or organization's letterhead and a scan of the assistant's identification. The Guantanamo Bay ICE officers will email back with a confirmed date and time.

28. All appointments for phone calls must be made at least 24 hours prior to the desired appointment time. Appointments are scheduled Monday through Friday 8:00 a.m.-5:00 p.m. EST, and Saturday through Sunday from 10:00 a.m.-2:00 p.m. Appointments are in 20-minute increments. Legal representatives are not limited on the number of calls they can request, but no legal representative is permitted more than one 60-minute appointment with a detainee in a single day.

29. Only legal representatives, legal assistants, and interpreters are allowed on legal phone calls; no family or friends of the clients are permitted. The attorney and/or their agents may contact outside interpretation services during the call. The calls are confidential; a contract security or ICE officer is stationed outside – out of earshot but within eyesight – of the confidential room to ensure security by standing nearby. The officer will verbally notify the alien 5 minutes before the cut-off time.

30. All legal calls and attempted calls are logged.

31. Aliens may request legal calls by submitting a detainee request form as outlined in a Legal Form flyer. This flyer is posted and clearly visible in every housing common area.

32. Detainees may request a legal call with a legal representative by submitting a detainee request form, as discussed above. Detainees may use the time allotted to speak with a legal representative or try to find a legal representative. If a detainee does not have a legal representative, the detainee can call the American Bar Association (ABA) Information Line for a legal referral. ERO requested the ABA provide a toll-free number by which detainees may call the ABA Information Line from NSGB, which has Spanish language capability. The toll-free number is listed on the notice of the right to contact counsel which has been posted at both the WHF and the MOC.

33. For immigration detainees housed at WHF, the facility currently has eight telephone lines that are installed in separate rooms that offer privacy. Immigration detainees housed at WHF are given the opportunity to request a private, unmonitored telephone call with their lawyers. No detainees at WHF have been denied a request to speak with a lawyer. The reasons for telecommunication restrictions at any given time may depend on required maintenance, resource limitations, and security concerns. These factors necessarily change as new detainees are transferred in and out of NSGB as their removal orders are effectuated.

34. For immigration detainees housed at the MOC, the facility currently offers one private room for legal calls. Up to five immigration detainees per day will be permitted a 20-minute phone call to their lawyers. Immigration detainees housed at MOC will be given the opportunity to request a private telephone call with no audio monitoring to their lawyers. No detainees in the MOC have been denied a request to speak with a lawyer.

35. Requests for in-person visits with the immigration detainees are not being accommodated at this time due to the extensive logistical challenges with such visits, the potential need for counsel to possess security clearances, the anticipated short-term stay of the immigration

detainees, and the potential for a very high volume of counsel to request to conduct such visits. The feasibility and necessity of authorizing counsel travel to NSGB for in-person visits between hired attorneys and their clients are continually being evaluated as the mission develops.

**Family Calls**

36. Detainees at WHF and the MOC can request telephone calls to family by filling out and submitting a detainee request form to an ICE officer or an ICE contract security officer. The telephone calls are limited to five minutes, though the detainee may request an extension from the ICE contract security officer.

37. At the WHF, family calls are individually provided every third day, free of charge. At the MOC, family calls are also free of charge and are provided seven days a week from 10:00 a.m. to 5:00 p.m. Family calls are monitored by either ICE officers or ICE contract personnel. During family calls, a staff member is present to monitor all phone calls to ensure that no information pertaining to the security, terrain, or facility details are divulged. If an initial telephone call attempt is unsuccessful, the alien is given the opportunity to call another family member. If the call to the alternate family member is not successful, the alien is escorted back to his room and given another opportunity the following day.

**Detention Conditions**

38. All housing units at the MOC and WHF are air-conditioned to ensure that aliens are not subject to extreme temperatures during their stay. Temperatures at both the MOC and WHF are generally kept between 69-74° Fahrenheit to control humidity and moisture levels. Extra blankets are available upon request.

7

39. At the MOC, aliens are currently housed in a building with dormitory style housing units, with each unit accommodating 6 to 8 individuals. Each unit is equipped with its own bathroom, sink, and shower. Each unit has a window. Each alien is assigned his own bed.

40. Aliens at the MOC are afforded outdoor recreation time daily. The allotted outdoor recreation time for each alien may vary depending on certain factors, such as the weather and/or size of the population.

41. At the MOC, aliens are provided with potable water upon request. Aliens at the MOC also have access to drinking water at a communal water fountain.

42. At WHF, the facility is designed with POD-style cell blocks across two tiers. Each POD contains 11 cells per tier with one individual housed in each cell. Each cell is equipped with a bed and its own commode, sink, and water fountain.

43. Aliens housed at WHF are provided with potable water upon request. They also have ready access to drinking water in their cells.

44. Aliens at WHF are also afforded daily access to a communal day room, which is naturally lighted. The communal day room is equipped with showers, reading materials, pens and paper, and accommodations for detainees to have meals together.

45. Aliens housed at the MOC and WHF have freedom of movement without use of restraints within their housing units.

46. The WHF uses a modified outdoor recreational procedure that is located in the outdoor sallyport fenced-in area, which is permitted during all weather conditions and has access to natural light. Recreation at the WHF is available to each POD daily for at least one hour, either in the mornings or afternoons depending on facility staffing. At the MOC, recreation is offered daily from 7:00 a.m. to 7:00 p.m. A maximum of 14 aliens interested in participating

in outside recreation are escorted to an outside yard by a minimum of three ICE contract security officers.

47. At WHF and the MOC, each alien is provided three hot meals per day. All meals are prepared by the Dining Facility and brought to WHF and the MOC by Department of Defense (DoD) Army staff. The meals are transported to the detention facilities in meal tray warmers. Upon arrival, DoD and ICE contract security officers ensure each alien is provided a meal tray during every meal. After the designated mealtime, all items are collected and trash is disposed.

**Strip Searches/Behavioral Issues**

48. ICE does not generally conduct strip searches at either the MOC or WHF. However, such searches have occurred on several occasions at the WHF by DoD personnel pursuant to applicable detention standards. Both ICE and DoD detention standards allow for such searches in limited circumstances when a reasonable suspicion exists that an individual may be concealing potentially dangerous contraband in a private area. These searches have only been conducted after a pat-down search, and at least two failed body scan searches, and such searches are then limited to the particular area of the body where the body scan indicates the potentially dangerous contraband is located. Personnel of the same gender as the alien perform the search.

49. Pat-down and body scan searches at the WHF are performed when the alien enters or re-enters the facility.

**Email Access and Document Exchange**

50. Aliens do not have access to personal email. Attorneys can follow the procedures outlined at https://www.ice.gov/detain/detention-facilities/naval-station-guantanamo-bay to send emails

to detainees. All correspondence must be sent to Legal.GTMO@ice.dhs.gov and cannot contain more than 20 pages. Electronic communication requests will be processed between Monday and Friday 8 a.m.-4 p.m. EST. ICE personnel print and provide copies of the documents to the detainees.

51. Legal mail is delivered to NSGB on a weekly basis via the Defense Courier Service, consistent with the procedures used in habeas proceedings involving law of war detainees. All printed versions of electronic documents will be inspected for contraband but not read. ERO provides all detainees with access to pens and paper.

52. Since May 6, 2025, ERO has not received any requests for delivery of legal documents to aliens.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 10th day of June 2025.

JESUS RAMOS
Digitally signed by JESUS RAMOS
Date: 2025.06.10 15:31:25 -04'00'

Jesús Ramos
Deputy Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security