UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00418-CJN |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED and it is further ORDERED that this action is DISMISSED.

SO ORDERED:

_____  _____
Date                                                   CARL J. NICHOLS
                                                              United States District Judge