# DECLARATION OF RAFAEL ANGEL LOPEZ OCON

I, Rafael Angel Lopez Ocon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so competently and truthfully to these matters.

2. I was detained at Guantánamo Bay, Cuba, beginning on or around May 22.

3. On Thursday, June 5, 2025, I was deported from Guantánamo to Nicaragua.

4. I was deported on a plane with 12 other Nicaraguans who were also detained at Guantanamo. When we boarded the plane, there were about 250 other people on the plane, both men and women.

5. We were not told that we were being deported until we arrived in Nicaragua.

6. I did not want to be deported to Nicaragua.

7. I was ordered removed by an immigration judge on May 8.

8. At Guantánamo, the week before I was deported, I spoke with two attorneys over the phone. One of the attorneys I spoke with was a pro bono immigration attorney who was helping me file an appeal of my removal order.

9. I believe my pro bono attorney filed an appeal of my removal order the same day I was deported, June 5. This appeal was filed within 30 days of my removal order.

10. On Tuesday, June 3, after I had spoken to an attorney, a guard came to my unit and told us that everyone who had been speaking to attorneys would be held at Guantánamo for longer, because they were fighting their cases. I got scared, because though I did not want to be deported, I also did not want to be detained at Guantánamo. I asked the guard for how long we would be here, and he said eight months or a year. The guard had been tracking our phone calls, because he said to me "you better have a lot of money, because you've already had two phone calls with attorneys and you have another call scheduled for today."

11. Being detained at Guantánamo was horrible. It felt like an abandoned prison, designed for people who were very dangerous. We had to be inside all the time, and I felt very disoriented. The officers wouldn't tell us anything about what would happen to us or when we would be able to leave Guantánamo. The cell I was held in was very dirty, with dirt and hair everywhere. There was a stain on the floor that looked like blood. When I arrived, I was given a pillowcase that was dirty with blood, and when I asked to change it, the guard took the pillowcase away and never gave me a new pillowcase. They made us wear dirty clothes even after we showered. In fifteen days, I was only given change of clothes two times.

12. I am scared in Nicaragua. After the plane landed, I was taken into custody by Nicaraguan police and detained and questioned for several hours. I had to provide them with the address of where I was staying in Managua that night, and an officer accompanied me on the bus to the address and took a picture of me there. I am scared police might come and search for me and detain me again.

13. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 10 of June of 2025

*[signature]*

Rafael Angel Lopez Ocon

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Megan Hauptman, certify that I am fluent in both English and Spanish. On June 10, 2025, I personally spoke with Rafael Angel Lopez Ocon and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Rafael Angel Lopez Ocon affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Megan Hauptman
650 Massachusetts Ave, NW
Suite 600
Washington, DC 20001
646.939.7329
mhauptman@refugerights.org