DECLARATION OF YAMIL LUNA GUTIERREZ

I, Yamil Luna Gutierrez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so competently and truthfully to these matters.

2. My name is Yamil Luna Gutierrez. I came to the United States from Nicaragua in June of 2022.

3. I am currently detained at Guantánamo in Camp 6. I arrived at Guantánamo around May 20, 2025.

4. When I came to Guantánamo, I asked the guards if I could communicate with the lawyer who represented me in immigration court. I do not have his number. My family members have his number, but I could not get it from my family over the phone because we are not permitted pencil or paper and I had no way to write it down. I was not able to contact my lawyer as a result. I have not seen any information posted in my unit about a legal hotline.

5. I have had two calls with my lawyer at the ACLU. For the first call, the door to the room where I took the call was ajar, and there were three guards at a distance of two meters. I believe they could hear everything I said on the phone. After that call, they told me that because I talked with my lawyer, I would spend more time at Guantánamo. Others in my unit could hear, and I believe that as a result they will not want to talk with lawyers.

6. When I have spoken with my lawyer at the ACLU to discuss this case and write this declaration, I have been shackled. The only way I can hold the phone to my ear for these calls is to bend my head down to reach my hand. It is uncomfortable.

7. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent. Because I am currently detained in Guantánamo, and because of the difficulty in exchanging legal documents, I could not sign this declaration, but have given consent to Kyle Virgien to sign on my behalf.


Executed on 2 of June, 2025
*/s/ Yamil Luna Gutierrez*
Yamil Luna Gutierrez

**ATTESTATION AND CERTIFICATE OF TRANSLATION**
I, Kyle Virgien, certify that I am fluent in both English and Spanish. On June 2, 2025, I personally spoke with Yamil Luna Gutierrez and read the foregoing declaration to him, translated

into Spanish faithfully and accurately, over the phone. Mr. Luna Gutierrez affirmed that he understood my translation and that the information in the above declaration is true and accurate. Due to Mr. Luna Gutierrez's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Mr. Luna Gutierrez also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Kyle Virgien
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104
415-343-0770
kvirgien@aclu.org