## DECLARATION OF MARISOL DOMINGUEZ-RUIZ

I, Marisol Dominguez-Ruiz, hereby declare under penalty of perjury pursuant to 28 U.S.C. §
1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge, and if called to testify, I
   could and would do so competently and truthfully to these matters.

2. My name is Marisol Dominguez-Ruiz. I am a staff attorney with the American Civil
   Liberties Union ("ACLU"). I have worked at the ACLU since September 2022. As a staff
   attorney, I work on issues related to detained immigrants' rights, juvenile detention
   settings, prisoners' rights and conditions of confinement. Part of my normal practice
   involves scheduling legal calls and in-person legal visits, and exchanging documents with
   detained and incarcerated people on a monthly basis.

**Failure to Deliver Legal Documents to Detainees at Guantanamo**

3. On April 27, 2025, I sent two separate emails for two clients detained at Guantanamo to
   legal.gtmo@ice.dhs.gov requesting that these detainees have the opportunity to review
   the legal correspondence I attached to the email, sign where indicated, and have ICE send
   back the legal correspondence via fax or email.  Attached hereto as Exhibits A and B are
   copies of the full email chains for these two emails.

4. As of May 20, 2025, the date my two clients were removed from Guantanamo, I had not
   received any response from ICE to either April 27, 2025 email. On May 1, 2025, I sent
   two separate emails to legal.gtmo@ice.dhs.gov for my respective clients following upon
   my April 27, 2025 emails. These emails are included in the email chains attached hereto
   as Exhibits A and B. I never received a response from ICE regarding my legal
   correspondence request.

5. On May 29, 2025, I was able to speak with one of my clients who I had sent legal
   correspondence for him to sign while he was still detained at Guantanamo. He was
   deported from Guantanamo on May 20, 2025. I asked him if he had ever received or been
   asked to sign any papers that I had sent. He stated he was never presented with any
   paperwork sent by me.

**Defendants' Cancellation of Scheduled Attorney Calls**

6. On May 16, 2025, I sent an email to Legal.gtmo@ice.dhs.gov requesting a confidential
   legal phone will with a prospective client detained at Guantanamo. A true and correct
   copy of an email chain including this email is attached hereto as Exhibit C.

7. On May 16, 2025, that same afternoon, I received confirmation that my legal phone call
   with the prospective client was scheduled for May 21, 2025 from 2-3pm EDT. This
   confirmation email is included in the email chain attached hereto as Exhibit C.

8.  On May 21, 2025, during the scheduled time of 2-3 p.m. EDT, I waited to receive a phone call from the prospective client. I checked the ICE detainee locator and he did not show up in the system.

9.  I sent an email to legal.gtmo@ice.dhs.gov at 2:23 p.m. EDT requesting information on the reason for the delayed call. This email is included in the email chain attached hereto as Exhibit C. I did not receive a response until the following day.

10. On May 22, 2025 at 3:54 a.m. PDT, I received a response from legal.gtmo@ice.dhs.gov. This response is also included in the email chain attached hereto as Exhibit C, and stated that the prospective client had "stated on multiple occasions he does not want to speak with any legal counsel anymore.".

11. The prospective client had contacted the American Bar Association hotline from Guantanamo, requesting a referral to legal counsel. For that reason, on May 22, 2025, at 11:02 a.m. EDT, I followed up via email requesting an opportunity to speak with the prospective client "even if for the purpose of hearing his refusal to speak with legal counsel directly from him" and providing my availability for this legal phone call. This email is also included in the email chain attached hereto as Exhibit C.

12. Later that day, May 22, 2025, at 8:27 a.m. PDT, I received a response from legal.gtmo@ice.dhs.gov informing me that "[u]nfortunately, I have verified, and he has been removed from GTMO." This response is also included in the email chain attached hereto as Exhibit C.

13. To this day, it is unclear to me if the prospective client actually stated he did not want to speak with any legal counsel or if he was in fact removed on the day we were scheduled to speak.

14. On May 22, 2025, I emailed legal.gtmo@ice.dhs.gov requesting a confidential legal phone call with another detained person at Guantanamo. This email is included in the email chain attached hereto as Exhibit D.

15. That same day, on May 22, 2025, I received an email from legal.gtmo@ice.dhs.gov confirming that my legal call with this detained person was scheduled for May 27, 2025 at 2pm EDT. This email is included in the email chain attached hereto as Exhibit D.

16. On May 27, 2025, about 20 minutes before my scheduled call, I received a call from an Officer Young, to confirm that the number I had provided was the correct number for the legal call. I confirmed that I was the attorney who had requested the call and verified my phone number. This was the first time I had received a call to confirm my phone number prior to a legal call with a person detained at Guantanamo.

17. I received a phone call from this detained person at the requested time. About twenty-one minutes into my call, the other line began to emit a static sound. It immediately became the only sound I could hear. I stayed on the line and asked if the detainee could hear me. I pressed my phone keypad to see if I could get a response from the other side. I stayed on the phone for about 5 minutes hoping that the static sound would end and I could

continue my legal phone call. After about five minutes, I decided to end the phone call as I could not hear anything.

18. At around 2:31 p.m. EDT, I sent an email to legal.gtmo@ice.dhs.gov informing them that my legal call had been interrupted due to the static sound. I requested that my prospective client return my call given that there were still about 40 minutes remaining of my allotted time. This email correspondence described in in paragraphs 18-28 is included in the email chain attached hereto as Exhibit D.

19. I received a response from legal.gtmo@ice.dhs.gov at 12:38 p.m. PDT/2:38p.m. EDT informing me that "the phone lines are currently down" and ICE is working to resolving this issue.

20. I responded to this email providing my availability for the next day, May 28, 2025, to resume my legal call.

21. On this same day, May 27, 2025, I received an email from legal.gtmo@ice.dhs.gov confirming that my legal call was re-scheduled for May 28, 2025 at 10 a.m. EDT.

22. On May 28, 2025, I waited for the legal call from my client at the scheduled time, 10:00 a.m. EDT. I did not receive a phone call. At 10:38 a.m. EDT, I sent an email informing ICE that I had not received a phone call.

23. I received a response that same morning, around 11:04 a.m. EDT informing me that the phone lines were still experiencing issues and that offered to reschedule the call for another day.

24. I replied that same day asking if the phone lines would be fully operational by the next day. If yes, I requested a phone call for the next day, May 29. I also provided an alternative date of May 30, 2025.

25. An officer replied to me to "suggest scheduling for Friday just in case the phone lines are still not operational. As of now we do not have a timeframe for when they will be working again."

26. I sent an email accepting a re-scheduled call for Friday, May 30, 2025 at 10 a.m. ET, based on legal.gtmo@ice.dhs.gov's response on the timeframe to resolve phone line issues.

27. I sent a follow-up email requesting to have both options, May 29 and May 30, readily available given that this was my third attempt to conduct a confidential legal call with my client. I did not receive a reply to my follow-up email.

28. On May 30, 2025, at 8:15am ET, I received an email from legal.gtmo@ice.dhs.gov stating the following: "I was advised that [client's last name] has been removed."

29. Everything in this declaration is true and correct to the best of my knowledge and recollection.

Executed on the 16th of June, 2025, at Pasadena, California.

/S/ Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz

# EXHIBIT A

| | |
|---|---|
| **From:** | Marisol Dominguez-Ruiz |
| **To:** | Legal.GTMO@ice.dhs.gov |
| **Subject:** | Legal Correspondence - signature requested |
| **Date:** | Thursday, May 1, 2025 9:16:00 AM |
| **Attachments:** | 2025.04.27 J.E. Suazo-Muller - Confidential Legal - signature requested.pdf |
| | image003.png |

Hello Officer,

I sent the email below on Sunday, April 27, 2025 requesting that confidential legal mail be provided to **Johon Elias Suazo-Muller, A# 249090050**, and that the detainee sign the document and return to me. We have not received any documents back. Could you please provide me an update on the status of the request: whether Mr. Suazo-Muller has had a chance to confidentially review the document, whether he signed it, and when the document was returned back to me? Again, you may send the signed document via fax at (202) 393-4931 or via email at mdominguez-ruiz@aclu.org.

Thanks for your assistance.

Sincerely,

Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Marisol Dominguez-Ruiz
**Sent:** Sunday, April 27, 2025 12:31 PM
**To:** Legal.GTMO@ice.dhs.gov
**Subject:** Legal Correspondence - signature requested

Hello Officer,

Attached is a 2-page confidential legal document for Johon Elias Suazo-Muller, A# **249090050**,

presently detained at Guantanamo Migrant Ops Center Main A. I request that he review it, sign where indicated and the document is sent back to me at the fax number below or via email as soon as possible.

My return fax number is: (202) 393-4931
Total number of pages sent: 2

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,
Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

# EXHIBIT B

| | |
|---|---|
| **From:** | Marisol Dominguez-Ruiz |
| **To:** | Legal.GTMO@ice.dhs.gov |
| **Bcc:** | Eunice Cho; Kyle Virgien |
| **Subject:** | Legal Correspondence - signature requested |
| **Date:** | Thursday, May 1, 2025 9:19:00 AM |
| **Attachments:** | image003.png |
| | 2025.04.27 R.J. Lopez Jarquin - Confidential Legal - signature requested.pdf |

Hello Officer,

I sent the email below on Sunday, April 27, 2025 requesting that confidential legal mail be provided to **Rodolfo Joel Lopez Jarquin, A# 233618949**, and that the detainee sign the document and return to me. We have not received any documents back. Could you please provide me an update on the status of the request: whether Mr. Lopez Jarquin has had a chance to confidentially review the document, whether he signed it, and when the document was returned back to me? Again, you may send the signed document via fax at (202) 393-4931or via email at mdominguez-ruiz@aclu.org.

Thanks for your assistance.

Sincerely,

Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org  



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Marisol Dominguez-Ruiz
**Sent:** Sunday, April 27, 2025 12:31 PM
**To:** Legal.GTMO@ice.dhs.gov
**Subject:** Legal Correspondence - signature requested

Hello Officer,

Attached is a 2-page confidential legal document for Rodolfo Joel Lopez Jarquin, A# 233618949, presently detained at Guantanamo Migrant Ops Center Main A. I request that he review it, sign where indicated and the document is sent back to me at the fax number below or via email as soon as possible.

My return fax number is: (202) 393-4931
Total number of pages sent: 2

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,
Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

# EXHIBIT C

| **From:** | Legal.GTMO |
|---|---|
| **To:** | Marisol Dominguez-Ruiz; Legal.GTMO |
| **Subject:** | RE: Request for Confidential Legal Call |
| **Date:** | Thursday, May 22, 2025 8:27:33 AM |
| **Attachments:** | image003.png |
| | image004.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Good morning,

Unfortunately, I have verified, and he has been removed from GTMO.

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Thursday, May 22, 2025 11:02 AM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Officer,

Thank you for your email. I request that you provide me with an opportunity to speak with Mr. Keiner Eduardo Perez Salas, A246932755, even if for the purpose of hearing his refusal to speak with legal counsel directly from him, instead of from the government. Mr. Perez Salas called the ABA hotline on May 15, 2025, and requested that legal counsel contact him at Guantanamo. We have heard additional reports that he has complained that his access to phone calls has been limited by the facility since that request.

I am available for a phone call at the following times:

- Friday, May 23rd, any time between 12-4pm ET
- Tuesday, May 27th, at 2pm

Thank you for your assistance.

Sincerely,

Marisol Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700

San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Thursday, May 22, 2025 3:54 AM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

Good morning,

Unfortunately, Mr. Kenier Eduardo Perez Salas, A 246-932-755 stated on multiple occasions he does not want to speak with any legal counsel anymore.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Wednesday, May 21, 2025 2:23 PM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello Officer,

I am writing to follow-up on my scheduled call with Perez-Salas, Keiner Eduardo A# 246 932 755. It was scheduled for right now, 5/21/25 at 2pm ET but I have not received a call. Could you please provide me an update on the delay?

Thank you for your assistance.

Best,
Marisol Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700

San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org  f  🐦



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Friday, May 16, 2025 1:42 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Subject:** RE: Request for Confidential Legal Call

Good afternoon Attorney Dominguez-Ruiz,

This email serves as confirmation that your client, Perez-Salas, Keiner Eduardo A# 246 932 755, has been scheduled for a pre-representational legal phone call as follows:

• Date: 05/21/2025
• Time: 2:00 PM- 3:00 PM  (Eastern Time)
• Duration: 60 minutes

**Phone number for the call :** █████████

Please be advised that the call will take place in accordance with facility policies and procedures. The authorized duration for this call is 60 minutes. Any additional time requests must be submitted in advance for review and approval.

If you require any modifications to this schedule or have any further inquiries, please respond to this email at your earliest convenience.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Friday, May 16, 2025 4:33 PM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize

and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Yes. His A# is: 246932755. My apologies for the back and forth!

Best,
Marisol
Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Friday, May 16, 2025 1:31 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Subject:** RE: Request for Confidential Legal Call

No problem! Would you also happen to have his A# on file?

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Friday, May 16, 2025 4:24 PM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

My apologies! Attached is my most recent bar card.

Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union

425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org  f  🐦



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Friday, May 16, 2025 1:15 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Subject:** RE: Request for Confidential Legal Call

Good afternoon,

The bar card seems to be expired. Would you happen to have an updated version available?

**Karina Jurdi**
Deportation Officer
Miami Field Office / Krome SPC
Enforcement and Removal Operations
U.S Immigration and Customs Enforcement



---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Friday, May 16, 2025 4:02 PM
**To:** Legal.GTMO <legal.gtmo@ice.dhs.gov>
**Subject:** Request for Confidential Legal Call

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Officer,

I write to request a confidential legal phone call with Mr. Keiner E. Perez-Salas, presently detained at Guantanamo Camp 6. The call is pre-representational; for that reason, I do not have a Form G-28. I will need a 60 minute time slot.

Here are proposed times/dates for the call:
- Wednesday, 5/21/25: anytime between 2-4pm
- Thursday, 5/22/25 , anytime between 11am-1pm

I am attaching a copy of my driver's license and bar cards. My cell phone number is ███████ and my email is mdominguez-ruiz@aclu.org.

Thanks,
Mari Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

# EXHIBIT D

| | |
|---|---|
| **From:** | Legal.GTMO |
| **To:** | Legal.GTMO; Marisol Dominguez-Ruiz |
| **Subject:** | RE: Request for Confidential Legal Call |
| **Date:** | Friday, May 30, 2025 5:15:13 AM |
| **Attachments:** | image003.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Good morning,

I was advised that Lopez Acuna has been removed.

---

**From:** Legal.GTMO
**Sent:** Wednesday, May 28, 2025 1:25 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Legal.GTMO
<Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

Good afternoon Attorney Dominguez-Ruiz,

This email serves as confirmation that your client, Lopez-Acuna, Roberto Carlos 241 787 021, has
been scheduled for a pre-representational legal phone call as follows:

• Date: 05/30/2025
• Time: 10:00 AM - 11:00 AM  (Eastern Time)
• Duration: 60 minutes

**Phone number for the call :** ▮▮▮▮▮▮▮▮▮▮

Please be advised that the call will take place in accordance with facility policies and procedures.
The authorized duration for this call is 60 minutes. Any additional time requests must be submitted in
advance for review and approval.

If you require any modifications to this schedule or have any further inquiries, please respond to this
email at your earliest convenience.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Wednesday, May 28, 2025 11:46 AM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize

and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

I appreciate that. In that case, yes, I would like to schedule a legal call for this Friday at 10am ET with Lopez-Acuna, Roberto Carlos, A# 241 787 021.

Thanks, Officer.

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Wednesday, May 28, 2025 8:41 AM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

I would suggest scheduling for Friday just in case the phone lines are still not operational. As of now we do not have a timeframe for when they will be working again.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Wednesday, May 28, 2025 11:11 AM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning Officer,

Do you know if the phone lines will be fully operational by tomorrow? If yes, I would like to schedule a legal phone call with Lopez-Acuna, Roberto Carlos, A# 241 787 021, for tomorrow. I am available from 10-11am ET and 1:30-4pm ET. If tomorrow does not work, I am also available on Friday, May 30th from 10-11am ET.

The number I can be reached at is: ██████████. Please let me know if you need anything else on my end.

Thank you for your help!

Best,
Marisol Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700

San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Wednesday, May 28, 2025 8:04 AM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

Good morning,

Our phone lines are still experiencing issues. If you'd like to reschedule for another day, I'd be happy to assist you.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Wednesday, May 28, 2025 10:39 AM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello Officer,

Thanks for scheduling the call. Unfortunately, I have yet to receive a phone call from my client, Lopez-Acuna, Roberto Carlos 241 787 021, this morning scheduled for 10am ET. It is 10:38am ET and I did not receive the "pre-call" that I received yesterday confirming that my number is the correct number nor did I receive a call from my client. Is there a reason for this delay? Could you please provide me an update on whether I'll be receiving a phone call from my client and at what time?

Thanks for your assistance.

Best,

Marisol Dominguez-Ruiz

Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Tuesday, May 27, 2025 1:47 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Subject:** RE: Request for Confidential Legal Call

Good afternoon Attorney Dominguez-Ruiz,

This email serves as confirmation that your client, Lopez-Acuna, Roberto Carlos 241 787 021, has been scheduled for a pre-representational legal phone call as follows:

• Date: 05/28/2025
• Time: 10:00 AM- 11:00 AM  (Eastern Time)
• Duration: 60 minutes

**Phone number for the call :** ██████████

Please be advised that the call will take place in accordance with facility policies and procedures. The authorized duration for this call is 60 minutes. Any additional time requests must be submitted in advance for review and approval.

If you require any modifications to this schedule or have any further inquiries, please respond to this email at your earliest convenience.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Tuesday, May 27, 2025 3:48 PM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize

and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello Officer,

Thanks for the response. Given that my legal call was unexpectedly cut short due to technical/static issues, I would like to request a legal call with Roberto Carlos Lopez-Acuna, A# 241 787 021, for tomorrow, May 28, 2025. I am available at the following times: 10am-1pm ET and 2-3pm ET.

Please let me know if you need me to submit my driver's license and state bar ID again.

Lastly, for future reference, could you please provide me a phone number to address technical difficulties (e.g., static) during my scheduled legal call?

I appreciate your assistance.

Best,

Marisol Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Tuesday, May 27, 2025 12:38 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

Good afternoon,

Unfortunately, the phone lines are currently down. We are working to resolve this issue.

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>

**Sent:** Tuesday, May 27, 2025 2:31 PM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** RE: Request for Confidential Legal Call

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello Officer,

I was in the midst of the phone call with Roberto Carlos Lopez-Acuna, A# 241 787 021, when the line became static. Around the 21 minute mark, the other line started to emit only static sound. I asked if he could hear me but did not receive an answer. I hung up after 5 minutes of static. Could you please have him return my call given that there is about 40 minutes left of the allotted 60 minutes.

I am available at the same number below:.

Thank you,

Marisol Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Sent:** Thursday, May 22, 2025 3:09 PM
**To:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Subject:** RE: Request for Confidential Legal Call

Good afternoon Attorney Dominguez-Ruiz,

This email serves as confirmation that your client, Lopez-Acuna, Roberto Carlos 241 787 021, has been scheduled for a pre-representational legal phone call as follows:

- Date: 05/27/2025
- Time: 2:00 PM- 3:00 PM  (Eastern Time)
- Duration: 60 minutes

**Phone number for the call :** ███████████

Please be advised that the call will take place in accordance with facility policies and procedures. The authorized duration for this call is 60 minutes. Any additional time requests must be submitted in advance for review and approval.

If you require any modifications to this schedule or have any further inquiries, please respond to this email at your earliest convenience.

---

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Thursday, May 22, 2025 5:30 PM
**To:** Legal.GTMO <Legal.GTMO@ice.dhs.gov>
**Subject:** Request for Confidential Legal Call

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Officer,

I write to request a confidential legal phone call with Mr. Roberto Carlos Lopez Acuna (A# 241-787-021), presently detained at Guantanamo Camp 6. The call is pre-representational; for that reason, I do not have a Form G-28. I will need a 60 minute time slot.

Here are proposed times/dates for the call:
- Tuesday, 5/27/25 , anytime between 2-4pm
- Wednesday, 5/28/25 , anytime between 11am-1pm
- Thursday, 5/29/25, anytime between 1:30-4pm

I am attaching a copy of my driver's license and bar cards. My cell phone number is ███████████, and my email is mdominguez-ruiz@aclu.org.

Thank you for your assistance.

Best,

Marisol Dominguez-Ruiz
Pronouns: she, her

Staff Attorney, National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
mdominguez-ruiz@aclu.org
aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*