DECLARATION OF AFSHAN J. KHAN

I, Afshan J. Khan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I am an attorney in good standing currently licensed in the states of New York and Illinois. I am admitted to practice before the U.S. District Court for the Southern District of New York and Northern District of Illinois, the Second Circuit Court of Appeals, and the Seventh Circuit Court of Appeals. I specialize in the area of immigration law.

3. On or about May 30, 2025, I volunteered to provide pro bono representation to Rafael Lopez Ocon, who was held in immigration detention at Guantanamo at that time.

4. Based on my review of immigration court documents, Mr. Lopez had been ordered removed by an Immigration Judge on May 8, 2025 in the Annandale, VA immigration court. The deadline for him to file a notice of appeal with the Board of Immigration Appeals was therefore June 9, 2025.

5. I emailed the government at Legal.GTMO@ice.dhs.gov on May 31, 2025 to request an attorney-client telephone call with Mr. Lopez Ocon.

6. On June 4, 2025, I was able to speak with Mr. Lopez Ocon, who was detained at Guantanamo at the time of our conversation. During our call, he requested that I file an appeal of his order of removal before the Board of Immigration Appeals.

7. On Thursday, June 5, 2025, I filed a Notice of Appeal with the Board of Immigration Appeals at 4:18 p.m. EST. I also emailed a copy that day of the Notice of Appeal to the Immigration and Customs Enforcement ("ICE") office in Washington, D.C., to alert them of his pending appeal.

8. At around 7:08 p.m. CDT on June 6, 2025, I learned from ICE Officer Seth A. Blumenthal via email that my client, Mr. Lopez Ocon, had been removed from Guantanamo to Nicaragua on June 5, 2025. He stated that it appeared that Mr. Lopez Ocon "was removed prior" to the filing of the Notice of Appeal, "given the time stamped on the document." Mr. Lopez Ocon was no longer listed as in custody on ICE's online Detainee Locator.

Executed on this 17th date of June, 2025, at New York, NY.

_____
Afshan J. Khan, Esq.