DECLARATION OF RODOLFO JOEL LOPEZ JARQUIN

I, Rodolfo Joel Lopez Jarquin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so competently and truthfully to these matters.

2. My name is Rodolfo Joel Lopez Jarquin.

3. I was detained at Guantanamo in the Migrant Operations Center from April 5, 2025 through May 20, 2025.

4. When I first arrived at Guantanamo, an ICE officer told me that people with travel documents would get processed faster and would be the first to get transferred out of Guantanamo. I do not think this is true because I arrived with my passport and all my travel documents get to Nicaragua. However, other people who arrived with me who did not have travel documents were moved out of Guantanamo before I was.. At one point, an ICE officer told me my passport was lost. Eventually another ICE officer found it. I think everything that was done was at a random.

5. The conditions are worse at Guantanamo than other ICE detention centers. At the other detention center in Louisiana, detainees could be outside of our room. There was more space even though we were detained. I was able to move around more. At Guantanamo, I had to stay in the pod the whole day other than the 1 hour we were allowed to go outdoors. The room was small – I think it was about 4 meters by 5 meters. In Louisiana, I was able to work in the kitchen. It kept me busy and helped time move by quicker. I was not given the option to work in Guantanamo. We were restricted in what we could do.

6. An ICE contractor once told me that they treat us harshly with constant vigilance because they get pressured by ICE to do so. I know it was an ICE contractor because their shirts had the initials of the contracted company. I do not recall the initials of the company right now.

7. My time at Guantanamo was very difficult. I am still experiencing the trauma of being held at Guantanamo. Even now that I am back in Nicaragua, I still feel the effects. Just yesterday, I was walking in the streets, and I realized I had my hands behind my back as if I was still at Guantanamo. I feel sad at times or sometimes my mood is low because of my experience in GTMO. I lost about 10 pounds during my time at Guantanamo.

8. A day in Guantanamo began at 5 AM with breakfast. Throughout the day, each pod was allowed only one hour out of the small room in which we were held. There was not much to do outside. It was extremely hot when we stepped outside. I usually stood

close to the side of the building in order to get some shade. It was hot but it was a change of scenery from being held in our pod all day.

9. When I was outside, I could see all of the armed military guards, and sometimes guard dogs.

10. While we were outdoors, our pods were searched. When we came back inside, all of us detainees were searched. The ICE contracted staff made us take off our shoes and patted us down. However, the pat down felt invasive since they touched my genitals.

11. I was allowed to use the phone only once per day and was allowed only two attempts for a call to connect. If the call did not go through the second time, I was no longer allowed to use the phone that day. Each call was about five minutes and there were always 3 to 4 people surrounding me who could hear my conversation. I had no privacy and it was uncomfortable. I also think they recorded all the conversations. I think this was the case because we all used the same cell phone to make calls.

12. There was a pastor who started to show up. However, I did not feel comfortable speaking with him because he worked for ICE. The pastor told us he worked for ICE. I did not speak with him because I feared he would pass on all my thoughts and feelings to ICE.

13. The food we received was also very bad. It was always boiled food – it was usually spaghetti or white beans from a can or boiled vegetables. It was rare when I was given a rice.

14. I never saw or interacted with people detained in Unit 6.

15. Prior to my eventual deportation from Guantanamo, I participated in a hunger strike on or around May 17, 2025 through May 19, 2025. The reason behind the hunger strike was because we were not receiving any information regarding our detention at Guantanamo, or if we would ever be deported. No one gave us answers or explanations as to how long we'd be at Guantanamo.

16. Two pods that each held about 6-8 people participated in the hunger strike. I think it may have been about 12 people who joined the hunger strike. At one point, ICE asked me to sign a paper stating that ICE is not responsible for anything that happens to me. I know it stated this because another detainee who knew more English read it and let us know. I did not sign the paper. Eventually an ICE Supervisor showed up and asked us to eat and for those with prescriptions to take their medication. We were threatened that if we did not eat, we would not be able to leave Guantanamo. By Tuesday, May 20, 2025, my name was on the list of people who would be deported. I believe that if I had not participated in the hunger strike, I would still be at Guantanamo.

17. Because there was no privacy, ICE knew that the hunger strike was happening. The other participants and I told our families we were doing this ahead of time on our monitored phone calls with our families.

18. During the hunger strike, ICE tried to deny me access to phone calls. They told me that since I did not want food, I probably did not want a call. I told them this was incorrect and asked for my phone call. Had I not spoken up, I would not have been able to call my family.

19. On or around May 20, 2025, I was transferred from Guantanamo to Managua, Nicaragua. On this day, around 8AM, an ICE contractor staff was announced that we were finally leaving Guantanamo. We detainees were placed in restraints (feet, hands, waist chains) and were left in a room. We were held there for 2 hours when ICE contractor told us we were not leaving Guantanamo and removed all our restraints. An ICE supervisor eventually showed up and told us that we would not be leaving then, but that we would be leaving around midday. It felt like a psychological game of toying with us whether we were leaving or not. The flight from Guantanamo to Nicaragua was direct and I was in restraints the entire time.

20. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on 2 of June, 2025

/s/ _____
Rodolfo Joel Lopez Jarquin

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Marisol Dominguez-Ruiz, certify that I am fluent in both English and Spanish. On June 2, 2025, I personally spoke with Rodolfo Joel Lopez Jarquin and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Rodolfo Joel Lopez Jarquin affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

s/Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz
425 California Street, Suite 700
San Francisco, CA 94104
(202) 393-4930
mdominguez-ruiz@aclu.org