# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Kristi Noem, Secretary, U.S. Department ) <br> of Homeland Security, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:25-cv-00418-CJN |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause, Defendants respectfully move the Court for an order extending by seven (7) days the time in which to file their reply in support of their motion to dismiss. Plaintiffs take no position as to Defendants' extension request. Defendants' response is currently due July 7, 2025. Defendants request an extension of time until July 14, 2025. This request is not made for undue delay, and good cause supports it. This motion is made by Defendants due to scheduled leave of key personnel involved in drafting and review of Defendants' reply. This is the first extension of time Defendants are seeking with respect to their reply in support of their motion to dismiss.

WHEREFORE, Defendants request that the Court extend the deadline for Defendants to file their reply in support of their motion to dismiss to July 14, 2025.

//

Dated:  July 1, 2025                    Respectfully submitted,

    BRETT A. SHUMATE
    *Assistant Attorney General, Civil Division*

    DEVIN BARRETT
    *Senior Litigation Counsel*

By: /s/ *Jason K. Zubata*
    JASON K. ZUBATA
    *Trial Attorney*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 532-4143
    Email: jason.k.zubata@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated:  July 1, 2025                    /s/ *Jason K. Zubata*
    Jason K. Zubata
    *Attorney for Defendant*