UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, <br> Defendants. | Civil Action No. 1:25-cv-00418-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to file their reply in support of their motion to dismiss and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including **July 14, 2025**, to file their reply in support of their motion to dismiss this action.

SO ORDERED:

_____                         Hon._____
Date                                                                              CARL J. NICHOLS
                                                                                          United States District Judge