UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00418 |

## WITHDRAWAL OF COUNSEL

Please take notice that Sarah S. Wilson withdraws her appearance as counsel for Defendants in the above-captioned case. Attorneys from the Office of Immigration Litigation will continue to serve as counsel for Defendants in this matter. A copy of this motion will be served on counsel for all parties by ECF.

Dated: August 6, 2025

Respectfully submitted,

/s/ Sarah Wilson
SARAH S. WILSON
(GA Bar No. 212212)
Assistant Director
Phone: 202-598-9510
Email: sarah.s.wilson@usdoj.gov