IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br> *Plaintiffs*, on behalf of themselves and all others similarly situated, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-418-CJN |

## CONSENT MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 83.6(c), I, Deepa Alagesan, respectfully move to withdraw my appearance as counsel for Plaintiffs in the above-captioned matter, as I will be leaving my employment with the International Refugee Assistance Project. Plaintiffs will continue to be represented by other attorneys from the International Refugee Assistance Project, the American Civil Liberties Union, and the Center for Constitutional Rights. Pursuant to Local Civil Rule 7(m), I conferred with counsel for Defendants, who provided Defendants' consent to this motion. A proposed order is attached.

Dated: August 21, 2025

                                                                                Respectfully submitted,

                                                                                /s/ Deepa Alagesan
                                                                                Deepa Alagesan (D.D.C. Bar No. NY0261)
                                                                                INTERNATIONAL REFUGEE
                                                                                 ASSISTANCE PROJECT
                                                                                 One Battery Park Plaza, 33rd Floor
                                                                                 New York, New York 10004
                                                                                 Telephone: (516) 838-7044
                                                                                 dalagesan@refugeerights.org