## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHON ELIAS SUAZO-MULLER, *et al.*,                    )
                                                        )
*Plaintiffs*, on behalf of themselves and all others   )
similarly situated,                                     )
                                                        )
                                                        )    Case No. 1:25-cv-418-CJN
v.                                                      )
                                                        )
KRISTI NOEM, Secretary of Homeland Security, in        )
her official capacity, *et al.*,                        )
                                                        )
*Defendants*.                                           )

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon consideration of the consent motion by Deepa Alagesan to withdraw her

appearance as counsel, it is ORDERED that the motion is GRANTED.  Accordingly, Deepa

Alagesan is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

_____, 2025

_____
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE