

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

DK:AP:ap
39-16-3485.03
39-16-3452.03

Telephone: (202)-532-4665

*Washington, D.C. 20530*

September 11, 2025

Honorable Angela D. Caesar
United States District Court
    for the District of Columbia
E. Barrett Prettyman Federal Courthouse
333 Constitution Avenue, NW
Washington D.C., 20001

      Re:    *Gutierrez, et al. v. Noem, et al.*, <u>1:25-cv-01766-CJN</u>
             *Suazo-Muller, et al. v. Noem, et al.*, <u>1:25-cv-00418-CJN</u>

Dear Ms. Caesar,

      This letter and the accompanying declarations inform the Court of an update to the conditions at the migrant detention facilities at Naval Station Guantanamo Bay (NSGB). On August 28, 2025, NSGB personnel identified a disruption to water service on the Leeward side of the island, where the Migrant Operations Center (MOC) is located. Stephen Decl. at ¶ 3; Lynch Decl. at ¶ 7. The water supply on the Windward side of the island, where Camp VI is located, was not affected. Stephen Decl. at ¶ 3. Upon realizing the disruption, NSGB personnel immediately relocated the three low-threat aliens at the MOC to Camp VI, where they remain separated from the remainder of the Camp VI detainee population. Stephen Decl. at ¶ 3; Lynch Decl. ¶ 7. Until the water supply is restored to the Leeward side of NSGB, no alien will be detained at the MOC. Lynch Decl. ¶ 11. Large-capacity trucks and a large water purification unit will arrive as early as September 19, 2025, which will allow for the return to normal operations on the Leeward side, including at the MOC. Stephen Decl. at ¶ 3. NSGB personnel are currently conducting a full assessment of the pipeline to further inform decisions regarding long-term repairs. *Id*. Defendants will provide the Court with an update once the water supply is restored and the MOC is able to accommodate aliens and personnel again.

                                                  Sincerely,

                                                  /s/ Alexa Perlmutter
                                                  Alexa Perlmutter
                                                  Trial Attorney

Cc: Attorneys for Plaintiffs via CM/ECF        Office of Immigration Litigation