UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*,<br><br>　　Defendants. | Civil Action No. 1:25-cv-418 |
| YAMIL LUNA GUTIERREZ, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*,<br><br>　　Defendants. | Civil Action No. 1:25-cv-1766 |

## DECLARATION OF CAPTAIN MICHAEL R. STEPHEN, USN

I, Captain Michael R. Stephen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am a Captain (O-6) in the United States Navy. I serve as the Commander of Naval Station Guantanamo Bay, Cuba (NSGB). I have held this position since June 6, 2024. As such, I am responsible for the oldest overseas military installation and ensuring the safety and security of all personnel including all services, partner nations and tenant commands conducting operations on the installation. My primary concerns are the health, safety, and security of my service members, their families, residents, and support staff at NSGB, and the ability to maintain and defend my areas of operation. As Commanding Officer, NSGB, in addition to and consistent with my responsibilities enumerated above, I am actively monitoring the physical facilities at NSGB to assess their necessity, usefulness, and operational status.

1

2.     I make the following statements based upon my years of service and experience in the United States military, personal knowledge, and information made available to me in my official capacity, as well as my assessments and evaluations of the current status of operations at NSGB. I have served on active duty in the United States Navy for nearly 24 years, as a Naval Flight Officer. In addition to my current tour, I served as the Commanding Officer of Airborne Command & Control Squadron (VAW) 117 from September 2020 until December 2021; Deputy Director and Director of Strategy, Policy, Integration and Future Plans for NAVEUR-NAVAF in Naples, Italy from January 2022 to November 2023. I then served as Executive Assistant to the NAVEUR-NAVAF Executive Director and Chief of Staff from November 2023 to May 2024 and then took command of the naval installation to the present day.

3.     NSGB is divided into two areas, separated by the waters of Guantanamo Bay and only accessible by a 25-minute ferry transit. The Leeward side, where the only operational airfield, headquarters for Joint Task Force-Southern Guard, a local U.S. Marine Corps Security Company, NSGB fire/security detachments, and some NSGB residents are located. The Windward side houses the majority of the base population and tenant commands which include Camp VI located in the vicinity of Joint Task Force-Guantanamo. The Leeward side does not independently produce its own potable water and relies on a cross-bay underwater pipeline that delivers treated water from our only reverse osmosis facility located on the Windward side of the island. On August 28, 2025, NSGB personnel identified a disruption of water service to the Leeward side, with the cause of said disruption still unknown and under investigation. After identifying the disruption, NSGB took immediate conservation measures to sustain essential base operations. Among other things, these measures included the relocation of Leeward base employees and residents, certain military and Department of Homeland Security personnel and contractors, as well as three low-threat illegal aliens, from the Leeward side to the Windward side of the island.

2

The was done to ensure minimization of disruption to quality of life and maximizing health and safety.

While it is unclear how long the cross-bay underwater pipeline will be inoperable, NSGB has implemented various immediate responses to address the water disruption. This includes deliveries multiple times per day of potable water from the Windward side using the only available on-island water trucks via ferry transit for a reduced population of only essential base services and personnel on the Leeward side (e.g. JTF-Southern Guard, NSGB fire/security, airfield operations, and U.S. Marine Corps security). Larger-capacity trucks and a large water purification unit are en route, estimated delivery date as early as September 19, 2025 via contracted base barge and tugboat. The water purification unit will allow the base to return to normal operations in the very near future. In the interim, NSGB has also deployed military engineering and civilian diving teams to conduct a full assessment of the pipeline which will inform future decisions regarding long-term repairs. As the investigation and assessment continues, there is currently no estimated time for pipeline repair.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: 11 Sep 25

MICHAEL R. STEPHEN
Captain, U. S. Navy
Commanding Officer
Naval Station Guantanamo Bay, Cuba