UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-418 |
| YAMIL LUNA GUTIERREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-1766 |

**DECLARATION OF JASON LYNCH**

I, Jason Lynch, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am the Unit Chief for the Oversight, Compliance, and Acquisitions Division in the Office of Custody Management, within Enforcement and Removal Operations ("ERO"), U.S. Immigration and Customs Enforcement ("ICE"), Department of Homeland Security ("DHS").

2. In my role as Unit Chief, I am charged with managing ICE detention operations to ensure the safety, security, and care of aliens in ICE custody. This includes ensuring that ICE detention facilities comply with national detention standards. The Division is also responsible at the

1

national level for the acquisition of detention facilities and related services.

3. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained in my official capacity from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business, as well as information provided by other government Agencies or personnel.

4. This declaration is intended to supplement the Declaration of Francisco Madrigal filed in *Gutierrez v. Noem*, No. 25-1766 (D.D.C.), and the Declaration of Jesus Ramos filed in *Suazo-Muller v. Noem*, No. 25-418 (D.D.C).

5. ICE is currently using Naval Station Guantanamo Bay (NSGB) to house aliens subject to executable final orders without legal impediments to removal. Aliens are housed either at Camp VI (also referred to as Windward Housing Facility) or the Migrant Operations Center (MOC). ICE operates these facilities under the *Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantanamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal* (Mar. 7, 2025).

6. The average length of stay for aliens at NSGB is 14 days.

7. On August 30, 2025, DoD notified ICE of structural damage to the cross-bay water main, disrupting the fresh water supply to the Leeward Side of NSGB, which includes the MOC. The three low-threat aliens at the MOC were relocated to Camp VI on the Windward Side, where they remain separated from high-threat aliens.

8. At Camp VI, the facility is designed with pod-style cell blocks across two tiers. Each pod contains 11 cells per tier with one individual housed in each cell. Each cell is equipped with a bed and its own commode, sink, and potable water fountain.

9. The aliens transferred from the MOC are kept separate from high-threat aliens also detained at Camp VI. Low-threat aliens are housed in a separate pod from high-threat aliens. The low-threat aliens have daily access to their own open communal dayroom from 0800 to 2200, separate from high-threat aliens. The low-threat aliens also have one hour of outdoor recreation in the sally port, separate from high-threat aliens. Meals are served within the pod, ensuring no interaction with high-threat detainees.

10. The aliens transferred from the MOC are subject to the protocols for telephone access at Camp VI. At Camp VI, family calls are individually provided every third day, free of charge. For private legal calls, Camp VI has eight telephone lines that are installed in separate rooms outside the pods. Aliens are escorted to and from the phones to ensure that low-threat aliens are kept separate from high-threat aliens. All aliens at Camp VI may request private, unmonitored telephone calls with their lawyers. No aliens at Camp VI have been denied a request to speak with a lawyer. The frequency and time permitted to make family or legal calls and the availability of telephones depend on maintenance, security concerns, and the population of the facility. For example, low population numbers at the facility may allow for family calls to occur daily rather than every third day.

11. Low-threat aliens are expected to remain at Camp VI until water supply is restored to the Leeward Side of NSGB. Until that time, low-threat aliens who arrive at NSGB will also be housed at Camp VI and kept separate from high-threat aliens. ICE will provide an update when the MOC can accommodate aliens and personnel again.

12. As of September 9, 2025, there are 24 aliens housed at NSGB.

JASON L LYNCH
Digitally signed by JASON L LYNCH
Date: 2025.09.10 10:14:15 -04'00'

Jason Lynch
Unit Chief
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

4