# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv- 00418-CJN |

## DEFENDANTS' NOTICE OF UPDATED CONDITIONS

On August 28, 2025, NSGB personnel identified a disruption to water service on the Leeward side of the island, where the Migrant Operations Center (MOC) is located. Stephen Decl. at ¶ 3; Lynch Decl. at ¶ 7. The water supply on the Windward side of the island, where Camp VI is located, was not affected. Stephen Decl. at ¶ 3. Upon realizing the disruption, NSGB personnel immediately relocated the three low-threat aliens at the MOC to Camp VI, where they remain separated from the remainder of the Camp VI detainee population. Stephen Decl. at ¶ 3; Lynch Decl. ¶ 7. Until the water supply is restored to the Leeward side of NSGB, no alien will be detained at the MOC. Lynch Decl. ¶ 11. Large-capacity trucks and a large water purification unit will arrive as early as September 19, 2025, which will allow for the return to normal operations on the Leeward side, including at the MOC. Stephen Decl. at ¶ 3. NSGB personnel are currently conducting a full assessment of the pipeline to further inform decisions regarding long-term repairs. Id. Defendants will provide the Court with an update once the water supply is restored and the MOC is able to accommodate aliens and personnel again.

                        Respectfully submitted,

                        BRETT A. SHUMATE
                        *Assistant Attorney General*

                        DREW C. ENSIGN
                        *Deputy Assistant Attorney General*

                        ANTHONY NICASTRO
                        *Acting Director*

                        *David Kim*
                        *Senior Litigation Counsel*

                  By: /s/ *Alexa Perlmutter*
                        ALEXA PERLMUTTER
                        *Trial Attorney*
                        U.S. Department of Justice, Civil Division
                        Office of Immigration Litigation
                        P.O. Box 868, Ben Franklin Station
                        Washington, DC 20044
                        Tel: (202) 532-4665
DATED: September 12, 2025      Email: alexa.s.perlmutter@usdoj.gov

                        *Counsel for Defendants*