UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv- 00418-CJN |

**DEFENDANTS' NOTICE OF UPDATED CONDITIONS**

On September 12, 2025, Defendants informed this Court of a disruption to water service on the Leeward side of the island, where the Migrant Operations Center (MOC) is located; the water supply on the Windward side of the island, where Camp VI is located, was not affected. ECF No. 52. As of this filing, water service has been fully restored and detention at the MOC has resumed.

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>*Assistant Attorney General* |
|  | DREW C. ENSIGN<br>*Deputy Assistant Attorney General* |
|  | ANTHONY NICASTRO<br>*Acting Director* |
|  | LESLIE M. MCKAY<br>*Assistant Director* |
| DATED: October 14, 2025 | By: /s/ *Jason K. Zubata*<br>JASON K. ZUBATA<br>*Trial Attorney*<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4143<br>Email: Jason.k.zubata@usdoj.gov |
|  | *Counsel for Defendants* |