UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 25-0418 (CJN) |

## NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk of the Court will please withdraw the appearance of Assistant U.S. Attorney Brian P. Hudak as counsel for Defendants in the above-captioned case.

Dated: November 29, 2025                    Respectfully submitted,

                                            */s/ Brian P. Hudak*
                                            BRIAN P. HUDAK, D.C. Bar #90034769
                                            Chief, Civil Division
                                            601 D Street, NW
                                            Washington, DC 20530
                                            (202) 252-2549

                                            *Attorney for the United States of America*