AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Johon Elias Suazo Muller, et al., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:25-cv-00418 |
| Kristi NOEM, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs .

Date: 12/30/2025

s/ Pedro Sepulveda, Jr.
*Attorney's signature*

Pedro Sepulveda, Jr., Bar No. NY0637
*Printed name and bar number*

International Refugee Assistance Project (IRAP)
One Battery Park Plaza, Fl 33
New York, NY 10004
*Address*

psepulveda@refugeerights.org
*E-mail address*

(646) 819-3805
*Telephone number*

(929) 999-8119
*FAX number*