AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JOHON ELIAS SUAZO-MULLER, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00418-CJN |
| KRISTI NOEM, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 01/08/2026

/s/ Ian S. Lam
*Attorney's signature*

Ian S. Lam (DC Bar No. 90017495)
*Printed name and bar number*

U.S. Department of Justice
Office of Immigration Litigation
P.O. BOX 878, Ben Franklin Station
Washington, DC 20044
*Address*

Ian.S.Lam@usdoj.gov
*E-mail address*

(202) 307-6329
*Telephone number*

(202) 305-7000
*FAX number*