## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al*., <br><br> Defendants. | Civil Action No. 1:25-cv- 00418-CJN |

## DEFENDANTS' NOTICE OF UPDATED CONDITIONS

Defendants hereby notify the Plaintiffs and this Court of an update concerning the conditions at Naval Station Guantanamo Bay Cuba ("NSGB"). All immigration detainees the Department of Homeland Security currently has in custody at NSGB are now being housed in Camp VI. The Migrant Operations Center is currently being used for immediate in-processing that typically lasts a few days at the most.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY NICASTRO
*Acting Director*

*LESLIE McKAY*
*Assistant Director*

*RUSSELL J.E. VERBY*
*Senior Litigation Counsel*

By: /s/ *Alexa Perlmutter*
    ALEXA PERLMUTTER
    *Trial Attorney*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 532-4665
    Email: alexa.s.perlmutter@usdoj.gov

DATED: January 15, 2026

    *Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 15, 2026, I electronically filed this Answer with the Clerk of the

Court for the United States District Court for the District of Columbia by using the CM/ECF

System.  I further certify that Plaintiffs will be served via their counsel of record via the CM/ECF

System.

/s/  Alexa Perlmutter
ALEXA PERLMUTTER
Trial Attorney
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Alexa.S.Perlmutter@usdoj.gov
Tel. (202) 532-4665