AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Johon Elias Suazo Muller, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00418 |
| Kristi Noem, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs    .

Date:   2/26/2026

/s/ Carmen Iguina González
*Attorney's signature*

Carmen Iguina González, Bar No. 1644730
*Printed name and bar number*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Address*

ciguinagonzalez@aclu.org
*E-mail address*

(202) 675-2317
*Telephone number*

(202) 393-4931
*FAX number*