## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*; <br><br> Defendants. | No. 1:25-cv-00418-CJN |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Eunice Cho respectfully withdraws her appearance as counsel for Plaintiffs in this matter. Plaintiffs remain represented by counsel from the American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of the District of Columbia, the Center for Constitutional Rights, and International Refugee Assistance Project. Therefore, there is good cause to permit Ms. Cho's withdrawal.

Dated: March 25, 2026

Respectfully submitted,

/s/ Eunice Cho
Eunice H. Cho (D.C. Bar No. 1708073)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org

**CERTIFICATE OF SERVICE**

On March 25, 2026, I electronically filed the foregoing with the Clerk of Court for the

United States District Court for the District of Columbia using the CM/ECF system. Counsel for

all parties to the case are registered CM/ ECF users and will be served by the CM/ECF system.

/s/ Eunice Cho
Eunice H. Cho (D.C. Bar No. 1708073)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org