UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the<br>U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-00418-CJN |

## JOINT STATUS REPORT PURSUANT TO MARCH 16, 2026, MINUTE ORDER

Plaintiffs and Defendants (collectively, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's March 16, 2026, Minute Order.

On March 25, 2026, Plaintiffs sent an email to Defendants identifying the areas where, based on the information available at this stage of the litigation, Plaintiffs believed attorney access at the Naval Station Guantánamo Bay facility remained inadequate and asking for a call to discuss ways to narrow the Parties' disagreements concerning attorney access procedures. On March 26, 2026, Defendants responded to Plaintiffs' email, asking Plaintiffs to provide proposals on how the agency could address the issues identified in their March 25, 2026 email. On April 7, 2026, Plaintiffs sent Defendants an email setting out, issue-by-issue, their proposals for how the agency could address the attorney access barriers at Guantánamo that were identified in their March 25, 2026 email, or requesting more information from the agency concerning feasibility of alternations in the agency's current practices. Defendants are actively reviewing Plaintiffs' proposal and plan to meet and confer with Plaintiffs upon receiving the agency's position on said proposal.

The Parties believe that additional time to confer on outstanding disputes would allow them to further narrow the issues before the Court. Therefore, the Parties respectfully request that the Court continue to stay the case. To permit Defendants time to fully consider Plaintiffs' proposals, and to allow for further negotiations, the Parties propose a submission of an additional Joint Status Report within 60 days updating the Court on the status of those negotiations.

Dated: April 10, 2026

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

*/s/ Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this joint status report on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: April 10, 2026

/s/ *Lee Gelernt*
Lee Gelernt
*Attorney for Plaintiffs*