UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MARKWAYNE MULLIN,[1] Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants-Respondents. | Civil Action No. 1:25-cv-00418-CJN |

## JOINT STATUS REPORT IN RESPONSE TO APRIL 13, 2026, MINUTE ORDER

On April 13, 2026, the Court ordered the Parties "to submit a joint status report updating the Court on the status of the Parties' negotiations on or before June 11, 2026." On April 7, 2026, Plaintiffs submitted their proposed protocol changes to Defendants, and on April 28, 2026, Defendants presented their agreement with certain proposals and other counter proposals. On May 21, 2026, Plaintiffs presented follow up inquiries as to Defendants' counter proposal and additional proposed protocols, which Defendants responded to on May 28, 2026. Plaintiffs responded to Defendants' latest position on protocols on June 9, 2026. The latest version of proposed protocol changes is currently under review with Defendants.

Given the Parties' continued progress in negotiating access protocols at the facility, the Parties respectfully request that the Court continue to stay this matter and order the parties to submit another joint status report concerning the negotiations within 60 days.

---

[1] *See* Fed. R. Civ. P. 25(d) (substituting former government officials sued in their official capacity).

1

Dated: June 11, 2026

/s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorney for Plaintiffs-Petitioners

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANTHONY NICASTRO
Acting Director

LESLIE McKAY
Assistant Director

RUSSELL J.E. VERBY
Senior Litigation Counsel

MALCOLM McDERMOND
ALEXA PERLMUTTER
IAN S. LAM
Trial Attorneys

By: /s/ Jason K. Zubata
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jason.k.zubata@usdoj.gov

Attorneys for Defendants-Respondents

2

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: June 11, 2026

/ By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
Trial Attorney

*Attorney for Defendants-Respondents*