UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs-Petitioners, | ) <br> ) |
| v. | ) <br> ) |
| MARKWAYNE MULLIN, Secretary of the <br> U.S. Department of Homeland Security, *et al.*, | ) <br> ) <br> ) |
| Defendants-Respondents. | ) <br> ) |

Civil Action No. 1:25-cv-00418-CJN

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), I, Ian S. Lam, respectfully withdraw my appearance as counsel for Defendants-Respondents. Defendants-Respondents will continue to be represented by other Department of Justice attorneys.

Dated: July 13, 2026

Respectfully submitted,

By: /s/ *Ian S. Lam*
IAN S. LAM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6329
Email: ian.s.lam@usdoj.gov

- 2 -

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing

it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice

and an electronic link to these documents to all counsel of record.

Dated: July 13, 2026                          /s/ *Ian S. Lam*
                                              IAN S. LAM
                                              Trial Attorney

- 2 -