UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MARKWAYNE MULLIN,[1] Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants-Respondents. | Civil Action No. 1:25-cv-00418-CJN |

**JOINT STATUS REPORT IN RESPONSE TO
JUNE 13, 2026, MINUTE ORDER**

On June 13, 2026, the Court ordered the Parties "to submit a joint status report updating the Court on the status of the Parties' negotiations on or before August 13, 2026." On April 7, 2026, Plaintiffs submitted their proposed protocol changes to Defendants, and on April 28, 2026, Defendants presented their agreement with certain proposals and other counter proposals. On May 21, 2026, Plaintiffs presented follow up inquiries as to Defendants' counter proposal and additional proposed protocols, which Defendants responded to on May 28, 2026. Plaintiffs responded to Defendants' position on protocols on June 9, 2026, which Defendants responded to on July 14, 2026. Plaintiffs responded to Defendants' latest position on protocols on August 5, 2026, and Defendants responded on August 10, 2026. Plaintiffs are still reviewing Defendants' latest responses on protocols.

Given the Parties' continued progress in negotiating access protocols at the facility, the Parties respectfully request that the Court continue to stay this matter and order the parties to

---

[1] *See* Fed. R. Civ. P. 25(d) (substituting former government officials sued in their official capacity).

1

submit another joint status report concerning the negotiations within 60 days.

Dated: August 13, 2026                              Respectfully submitted,

/s/ Lee Gelernt                                     BRETT A. SHUMATE
Lee Gelernt (D.D.C. Bar No. NY0408)                 *Assistant Attorney General, Civil Division*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION                                          ANTHONY NICASTRO
125 Broad Street, 18th Floor                        *Acting Director*
New York, NY 10004
(212) 549-2660                                      LESLIE McKAY
lgelernt@aclu.org                                   *Assistant Director*

*Attorney for Plaintiffs-Petitioners*              RUSSELL J.E. VERBY
                                                    *Senior Litigation Counsel*

                                                    ALEXA PERLMUTTER
                                                    *Trial Attorney*

                                                    /s/ Jason K. Zubata
                                                    JASON K. ZUBATA
                                                    Trial Attorney
                                                    U.S. Department of Justice, Civil Division
                                                    Office of Immigration Litigation
                                                    P.O Box 878, Ben Franklin Station
                                                    Washington, DC 20044
                                                    Tel: (202) 532-4143
                                                    Email: Jason.k.zubata@usdoj.gov

                                                    *Attorneys for Defendants-Respondents*