UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MARKWAYNE MULLIN,[1] Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants-Respondents. | Civil Action No. 1:25-cv-00418-CJN |

**JOINT STATUS REPORT IN RESPONSE TO AUGUST 14, 2026, MINUTE ORDER**

On August 14, 2026, the Court ordered the Parties "to submit a joint status report updating the Court on the status of the Parties' negotiations on or before October 15, 2026." On April 7, 2026, Plaintiffs submitted their initial proposed protocol changes to Defendants, and on April 28, 2026, Defendants presented their agreement with certain proposals and other counter proposals. On May 21, 2026, Plaintiffs presented follow up inquiries as to Defendants' counter proposal and offered additional proposed protocols, which Defendants responded to on May 28, 2026. Plaintiffs answered Defendants' position on protocols on June 9, 2026, which Defendants replied to on July 14, 2026. Plaintiffs submitted a response to Defendants' position on protocols on August 5, 2026, and Defendants responded on August 10, 2026. On September 2, 2026, Plaintiffs provided another response proposal on protocols and the parties met and conferred to discuss said proposals on October 1, 2026. Following that call, on October 9, 2026, Plaintiffs submitted proposed language

[1] *See* Fed. R. Civ. P. 25(d) (substituting former government officials sued in their official capacity).

and requests for Defendant agencies' consideration. Defendants are currently reviewing said proposals and requests.

Given the Parties' continued progress in negotiating access protocols at the facility, the Parties respectfully request that the Court continue to stay this matter and order the parties to submit another joint status report concerning the negotiations within 90 days.

Dated: October 14, 2026

Respectfully submitted,

*<u>/s/ Lee Gerlent</u>*
LEE GELERNT (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs-Petitioners*

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

*<u>/s/Jason K. Zubata</u>*
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jason.k.zubata@usdoj.gov

*Attorneys for Defendants-Respondents*